Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-05679
### Massachusetts Development Finance Agency v ADP Marshall, Inc et al

| | | | |
|---|---|---|---|
| **File Date** | 12/02/2003 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 01/28/2004 | **Session** | G - Civil G |
| **Origin** | 1 | **Case Type** | E09 - General contractor surety (149.029) |
| **Lead Case** | | **Track** | A |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 03/01/2004 | **Answer** | 04/30/2004 | **Rule12/19/20** | 04/30/2004 |
| **Rule 15** | 02/24/2005 | **Discovery** | 01/20/2006 | **Rule 56** | 03/21/2006 |
| **Final PTC** | 07/19/2006 | **Disposition** | 12/01/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Massachusetts Development Finance Agency
Active 12/02/2003

**Private Counsel 547714**
Charles A Plunkett
1 Bowdoin Square
9th Floor
Boston, MA 02114
Phone: 617-263-1313
Active 12/02/2003 Notify

**Defendant**
ADP Marshall, Inc
Served: 01/02/2004
Answered: 01/26/2004
Answered 01/26/2004

**Private Counsel 633639**
Andrew J Tine
Haese Law Office
70 Franklin Street
9th floor
Boston, MA 02110
Phone: 617-428-0266
Fax: 617-428-0276
Active 01/28/2004 Notify

**Defendant**
Fluor Daniel Company
Service pending 12/02/2003

**Defendant**
Fireman's Fund Insurance Company
Served: 12/29/2003
Answered: 01/26/2004
Answered 01/26/2004

**Private Counsel 633639**
Andrew J Tine
Haese Law Office
70 Franklin Street
9th floor
Boston, MA 02110
Phone: 617-428-0266
Fax: 617-428-0276
Active 01/30/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/02/2003 | 1.0 | Complaint filed with request for trial by jury |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-05679
### Massachusetts Development Finance Agency v ADP Marshall, Inc et al

| Date | Paper | Text |
|---|---|---|
| 12/02/2003 | | Origin 1, Type E09, Track A. |
| 12/02/2003 | 2.0 | Civil action cover sheet filed |
| 01/02/2004 | 3.0 | SERVICE RETURNED: Fireman's Fund Insurance Company(Defendant) (First class postage on 12/29/03) |
| 01/02/2004 | 4.0 | SERVICE RETURNED: ADP Marshall, Inc(Defendant) (certified mail on 12/29/03) |
| 01/13/2004 | 5.0 | Defendant ADP Marshall, Inc's MOTION for an extension of time to file responsive pleading, assented to by Massachusetts Development Finance Agency |
| 01/20/2004 | | MOTION (P#5) ALLOWED (Diane M. Kottmyer, Justice) Notices mailed January 16, 2004 (entered 1/15/04) |
| 01/26/2004 | 6.0 | ANSWER, COUNTERCLAIM : ADP Marshall, Inc(Defendant) |
| 01/26/2004 | 7.0 | ANSWER: Fireman's Fund Insurance Company(Defendant) |
| 01/28/2004 | | Certified copy of petition for removal to U. S. Dist.Court of Deft. ADP Marshall, Inc  U. S. Dist.#(04-CV-10203PBS). |
| 01/28/2004 | | Case REMOVED this date to US District Court of Massachusetts |

EVENTS

. HEREBY ATTEST AND CERTIFY ON
JAN. 30, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

ASSISTANT CLERK

*Suffolk Superior Civil # 03-5679G*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., A FLUOR DANIEL COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY,<br>Defendants. | U.S. DIST #<br>04-CV-10203 PBS<br><br>C.A. No. 03-5679G |

## NOTICE FOR REMOVAL

Pursuant to 28 U.S.C §1446, Defendant ADP Marshall, Inc. ("ADP"), hereby gives notice of its removal of this case presently pending in the Superior Court for the Commonwealth of Massachusetts, Suffolk County, C.A. No. 03-5679G (the "State Court Action") to the United States District Court for the District of Massachusetts.

Removal is authorized by 28 U.S.C. §1441 based upon this Court's original jurisdiction over this matter pursuant to 28 U.S.C. §1332, since there is complete diversity of citizenship and the amount in controversy, exclusive of costs and interest, exceeds $75,000. In support of this Notice, ADP avers the following:

1. This case was initiated on or about December 2, 2003, through the filing of a Complaint which did not allege any specific amount in controversy. See Complaint (attached hereto as "Exhibit A").

1