UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants<br><br>ADP MARSHALL, INC.<br>    Plaintiff in Counterclaim<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant in Counterclaim<br><br>ADP Marshall, Inc.<br>    Third Party Plaintiff<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC. ANDOVER CONTROLS CORPORATION, R & R WINDOW CONTRACTORS, INC., AND DELTA KEYSPAN, INC. N/K/A DELTA KEYSPAN, LLC<br>    Third Party Defendants | C.A. No.: CV 10203 PBS |

## MASSACHUSETTS DEVELOPMENT FINANCE AGENCY'S ANSWER TO ADP MARSHALL, INC.'S COUNTERCLAIM

The plaintiff, Massachusetts Development Finance Agency ("MDFA"), hereby responds to the Counterclaim of the defendant, ADP Marshall, Inc. ("ADP") as follows.

1. MDFA admits the allegations contained in Paragraph 1 of the Counterclaim.
2. MDFA admits the allegations contained in Paragraph 2 of the Counterclaim.
3. MDFA admits the allegations contained in Paragraph 3 of the Counterclaim.
4. MDFA denies the allegations contained in Paragraph 4 of the Counterclaim.

5. MDFA admits the allegations contained in Paragraph 5 of the Counterclaim.

6. MDFA admits that ADP brought a proceeding to adjudicate the backcharge before DALA, but denies the remaining allegations.

7. MDFA admits the allegations contained in Paragraph 7 of the Counterclaim.

8. MDFA admits the allegations contained in Paragraph 8 of the Counterclaim.

9. MDFA admits the allegations contained in Paragraph 9 of the Counterclaim.

10. MDFA admits the allegations contained in Paragraph 10 of the Counterclaim.

11. MDFA admits the allegations contained in Paragraph 11 of the Counterclaim.

12. MDFA admits the allegations contained in Paragraph 12 of the Counterclaim.

13. MDFA denies the allegations contained in Paragraph 13 of the Counterclaim.

14. MDFA denies the allegations contained in Paragraph 14 of the Counterclaim.

15. MDFA denies the allegations contained in Paragraph 15 of the Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

ADP failed to perform all of its obligations under the contract and, therefore, it cannot claim on the contract.

### THIRD AFFIRMATIVE DEFENSE

ADP failed to substantially complete its work.

### FOURTH AFFIRMATIVE DEFENSE

ADP materially breached the contract.

### FIFTH AFFIRMATIVE DEFENSE

MDFA is entitled to offset.

### SECOND AFFIRMATIVE DEFENSE

MDFA is entitled to setoff.

> Respectfully Submitted,
> MASSACHUSETTS DEVELOPMENT
> FINANCE AGENCY,
> By its attorneys
>
> _____
> Edward F. Vena, Esq., BBO No.: 508660
> Charles A. Plunkett, Esq., BBO No.: 547714
> VENA, RILEY, DEPTULA, LLP
> 250 Summer Street, 2nd Floor
> Boston, MA 02210
> (617) 951-2400

Date: February _11_, 2004

## CERTIFICATE OF SERVICE

I, Edward F. Vena, Esquire, hereby certify that on this 11th day of February 2004, I mailed a copy of the foregoing, Massachusetts Development Finance Agency's Answer to ADP Marshall, Inc.'s Counterclaim, via first class mail, in a properly addressed postage paid envelope to the following parties:

Andrew J. Tine, Esquire
Haese, LLC
Attorneys at Law
70 Franklin Street, 9th Floor
Boston, MA  02210

_____
Edward F. Vena



**VENA, RILEY, DEPTULA, LLP**

250 Summer Street, 2nd Floor
Boston, MA 02210

Phone: 617.951.2400
Fax: 617.951.2420

Edward F. Vena
Direct Dial: 617.951.9385
Email: evena@vrdllp.com

February 11, 2004

United States District Court
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: *Massachusetts Department Finance Agency v. ADP Marshall, Inc., a Fluor Daniel Company, and Fireman's Fund Insurance Company*
C/A No.: CV 10203 PBS
VRD Reference No.: 213

Dear Sir/Madam:

Enclosed for filing in the above-entitled matter, please find Massachusetts Development Finance Agency's Answer to ADP Marshall, Inc.'s Counterclaim.

Thank you for your attention to this matter.

Very truly yours,

Edward F. Vena

EFV/sc
Enclosures

cc: Andrew J. Tine, Esquire
Suffolk Superior Court, Civil Clerk's Office