AO 44 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                                        District of        Massachusetts

ADP MARSHALL, INC.

V.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC., and DELTA
KEYSPAN, INC.  n/k/a DELTA
KEYSPAN, LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:   04 CV 10203 PBS

**04 10203 PBS**

TO: (Name and address of Defendant)

R&R Window Contractors, Inc.
One Arthur Street
East Hampton, Mass. 01027-1201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin Street
9th Floor
Boston, Mass. 02110
(617) 428-0266

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                         DATE  2-19-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

February 25, 2004

I hereby certify and return that on 2/24/2004 at 03:10 pm I served a true and attested copy of the SUMMONS & THIRD PARTY COMPLAINT in this action in the following manner: To wit, by delivering in hand to PAUL GUSTAVSON, ADMINISTRATIVE ASSISTANT FOR R&R WINDOW CONTRACTORS, INC. at 1 ARTHUR STREET, EASTHAMPTON, MA 01027. In the service hereof, it was necessary and I actually used a motor vehicle 12 miles. Basic Service in hand ($30.00), Conveyance ($1.80), Travel ($10.24), Copies ($2.00), Attest ($5.00) Total Charges $49.04

Deputy Sheriff GEORGE SYMBORSKI                 _____
                                                 Deputy Sheriff

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                 Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.