◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                           District of        Massachusetts

ADP MARSHALL, INC.

**SUMMONS IN A CIVIL CASE**

V.

ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC

CASE NUMBER: 04 CV 10203 PBS

**04 10203 PBS**

TO: (Name and address of Defendant)

Andover Controls Corporation
300 Brickstone Square
Andover, Mass. 01810-1492

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin Street
9th Floor
Boston, Mass. 02110
(617) 428-0266

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  2-19-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

Ser

NAM

C

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 1, 2004

I hereby certify and return that on 3/1/2004 at 09:35 am I served a true and attested copy of the summons, third party complaint and notice of scheduling conference in this action in the following manner: To wit, by delivering in hand to Yvette Wischinski, Human Resources Representative, agent, person in charge at the time of service for ANDOVER CONTROLS CORPORATION, 300 Brickstone Square Andover, MA 01810. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff Gil Frechette

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.