UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts Development Finance Agency
Plaintiff,

              V.                    Civil Action Number
                                        04-10203-PBS

ADP Marshall, Inc., et al
Defendant.                                      March 10, 2004

## SCHEDULING ORDER

Saris, D.J.,

Phase 1 Scheduling

Document production deadline: 4/12/04

Agreement on Mediator: 4/12/04

30 (b)(6) - two days- by: 7/30/04

Inspection of building: 7/30/04

Mediation conducted by: 9/30/04

Second Scheduling Conference set for: 10/4/04 at 2:00 p.m.

                                                              By the Court,

                                                               s/ Robert C. Alba
                                                               Deputy Clerk