

Via U.S. Mail

March 8, 2004

**haese**

Attorneys at Law

70 Franklin Street, 9th Floor
Boston, Massachusetts 02110

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Telephone 860.249.7194
Facsimile 860.249.7195

Civil Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Massachusetts Development Finance Agency v. ADP Marshall, Inc., a Fluor Daniel Co., and Fireman's Fund Insurance Co.
C.A. No. 04-10203PBS

Dear Sir/Madam:

I am writing in reference to the "Notice of Electronic Filing" this office received on March 1, 2004 concerning the above referenced matter. This Notice indicated that Fireman's Fund Insurance Company filed its Answer to MDFA's Complaint with this Court on February 26, 2004.

This is incorrect: as indicated on the certified docket of the Suffolk County Superior Court (a copy of which is attached hereto), the court from which this matter was removed, Fireman's Fund Insurance Company filed its Answer with the Superior Court on January 26, 2004. Due to an administrative error at the Superior Court, the filed copy of Fireman Fund's Answer was misplaced and was not properly docketed until this office brought the error to the Superior Court's attention. It would seem likely that the incorrect filing date result from the waylaid Answer being found and belatedly submitted to this Court for filing, despite the fact that it already had been filed in the Superior Court.

Accordingly, we would ask that you amend the case docket to reflect the correct filing date of the Answer of Fireman's Fund Insurance Company. Thank you for your attention and assistance in this matter.

Sincerely,

Richard J. Fox
RJF/mm
Enc.

Attorneys also admitted to practice in Colorado, Connecticut, Rhode Island, New Jersey, New York, Pennsylvania and Washington, DC.

cc: Charles A. Plunkett, Esq.

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

FILED
CLERK'S OFFICE

## SUCV2003-05679
### Massachusetts Development Finance Agency v ADP Marshall, Inc et al

P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 12/02/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 01/28/2004 | **Session** | G - Civil G | | |
| **Origin** | 1 | **Case Type** | E09 - General contractor surety (149.029) | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 03/01/2004 | **Answer** | 04/30/2004 | **Rule12/19/20** | 04/30/2004 |
| **Rule 15** | 02/24/2005 | **Discovery** | 01/20/2006 | **Rule 56** | 03/21/2006 |
| **Final PTC** | 07/19/2006 | **Disposition** | 12/01/2006 | **Jury Trial** | Yes |

**Plaintiff**
Massachusetts Development Finance Agency
Active 12/02/2003

**Private Counsel 547714**
Charles A Plunkett
1 Bowdoin Square
9th Floor
Boston, MA 02114
Phone: 617-263-1313
Active 12/02/2003 Notify

**Defendant**
ADP Marshall, Inc
Served: 01/02/2004
Answered: 01/26/2004
Answered 01/26/2004

**Private Counsel 633639**
Andrew J Tine
Haese Law Office
70 Franklin Street
9th floor
Boston, MA 02110
Phone: 617-428-0266
Fax: 617-428-0276
Active 01/28/2004 Notify

**Defendant**
Fluor Daniel Company
Service pending 12/02/2003

**Defendant**
Fireman's Fund Insurance Company
Served: 12/29/2003
Answered: 01/26/2004
Answered 01/26/2004

**Private Counsel 633639**
Andrew J Tine
Haese Law Office
70 Franklin Street
9th floor
Boston, MA 02110
Phone: 617-428-0266
Fax: 617-428-0276
Active 01/30/2004 Notify

| Date | Paper | Text |
|---|---|---|
| 12/02/2003 | 1.0 | Complaint filed with request for trial by jury |

case01 233370 y y y y y y

## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

### SUCV2003-05679
### Massachusetts Development Finance Agency v ADP Marshall, Inc et al

| Date | Paper | Text |
|---|---|---|
| 12/02/2003 | | Origin 1, Type E09, Track A. |
| 12/02/2003 | 2.0 | Civil action cover sheet filed |
| 01/02/2004 | 3.0 | SERVICE RETURNED: Fireman's Fund Insurance Company(Defendant) (First class postage on 12/29/03) |
| 01/02/2004 | 4.0 | SERVICE RETURNED: ADP Marshall, Inc(Defendant) (certified mail on 12/29/03) |
| 01/13/2004 | 5.0 | Defendant ADP Marshall, Inc's MOTION for an extension of time to file responsive pleading, assented to by Massachusetts Development Finance Agency |
| 01/20/2004 | | MOTION (P#5) ALLOWED (Diane M. Kottmyer, Justice) Notices mailed January 16, 2004 (entered 1/15/04) |
| 01/26/2004 | 6.0 | ANSWER, COUNTERCLAIM : ADP Marshall, Inc(Defendant) |
| 01/26/2004 | 7.0 | ANSWER: Fireman's Fund Insurance Company(Defendant) |
| 01/28/2004 | | Certified copy of petition for removal to U. S. Dist.Court of Deft. ADP Marshall, Inc  U. S. Dist.#(04-CV-10203PBS). |
| 01/28/2004 | | Case REMOVED this date to US District Court of Massachusetts |

I HEREBY ATTEST AND CERTIFY ON
JAN. 30, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
        ASSISTANT CLERK