UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 04-CV-10203 PBS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY and FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC,<br>    Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. McNamara, Esquire, Dwight T. Burns, III, Esquire and the Law Firm of Domestico, Lane & McNamara, LLP as counsel for the third-party defendant, Andover Controls Corporation, in the above-captioned action.

Respectfully submitted,

ANDOVER CONTROLS CORPORATION,

By its attorneys,

_____
John J. McNamara, BBO #557882
Dwight T. Burns, III, BBO #637514
DOMESTICO, LANE & MCNAMARA, LLP
161 Worcester Road
Framingham, MA 01701
(508) 626-9000

Dated: March 10, 2004

## CERTIFICATE OF SERVICE

I, Dwight T. Burns, III, hereby certify that I have, on this 10th day of March, 2004, served a copy of the within by hand-delivery upon the following:

| | |
|---|---|
| Edward F. Vena, Esquire | Andrew J. Tine, Esquire |
| Vena, Riley, Deptula, LLP | Haese, LLC |
| 250 Summer Street, 2nd Floor | 70 Franklin Street, 9th Floor |
| Boston, MA 02210 | Boston, MA 02110 |

_____
Dwight T. Burns, III

# DOMESTICO, LANE & McNAMARA, LLP
## COUNSELLORS AT LAW

THE MEADOWS
161 WORCESTER ROAD
FRAMINGHAM, MASSACHUSETTS 01701
TELEPHONE (508) 626-9000
FACSIMILE (508) 626-9001

CHARLES J. DOMESTICO
PAUL M. LANE
JOHN J. McNAMARA

BRENDAN M. O'ROURKE
DWIGHT T. BURNS, III
MATTHEW A. FOYTLIN
ROBIN POWER MORRIS

CDOMESTICO@DLandM.COM
PLANE@DLandM.COM
JMcNAMARA@DLandM.COM

BOROURKE@DLandM.COM
DBURNS@DLandM.COM
MFOYTLIN@DLandM.COM
RPOWERS@DLandM.COM

March 10, 2004

<u>VIA HAND DELIVERY</u>

Clerk's Office – Civil Matters
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re: *Massachusetts Development Finance Agency v. ADP Marshall, Inc., et al.*
Civil Action No.: 04-CV-10203-PBS

Dear Sir/Madam:

Please find the following enclosed for filing in connection with the above-referenced matter:

1. Notice of Appearance.

Kindly docket and file in your usual manner. Please feel free to contact me with any questions or concerns you may have. Thank you for your attention to this matter.

Very truly yours,

Dwight T. Burns, III

DTB
enclosure
cc: John J. McNamara, Esquire
    Edward F. Vena, Esquire
    Andrew J. Tine, Esquire