UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br><br>Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.,<br><br>Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVEOPMENT FINANCE AGENCY,<br><br>Defendant-in-Counterclaim | ) CIVIL ACTION<br>) NO. 04-CV-10203-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.,<br><br>Third-Party Plaintiff<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC. and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC,<br><br>Third-Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *NOTICE OF APPEARANCE*

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Kindly enter the appearances of David J. Hatem, PC and Jay S. Gregory, Esquire as attorneys for the Third-Party Defendant, Allied Consulting Engineering Services, Inc. in the above matter.

Respectfully submitted,
ALLIED CONSULTING ENGINEERING SERVICES, INC.,
By its attorneys,

_____
David J. Hatem, PC
B.B.O. #225700
Jay S. Gregory, Esquire
B.B.O. #546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel: (617)406-4500

Dated: March 10, 2004

00817035

## CERTIFICATE OF SERVICE

I, Jay S. Gregory, Esquire, hereby certify that on this ___ day of March, 2004, I served the attached *Notice of Appearance* by mailing a copy thereof, postage pre-paid to:

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02210

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

_____
Jay S. Gregory, Esquire

00817035