# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV10203 PBS

| | |
|---|---|
| MASSACHUSETTS DVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br>v.<br><br>ADP MARSHALL, INC., A FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim<br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.<br>    Third-Party Plaintiff<br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC., n/k/a DELTA KEYSPAN, LLC<br>    Third-Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of David J. Hatem, PC as attorney for the Third-Party Defendant, ALLIED CONSULTING ENGINEERING SERVICES, INC., in connection with the above-entitled action.

Respectfully submitted,

ALLIED CONSULTING ENGINEERING SERVICES, INC.
By their attorneys,

_____
David J. Hatem, PC, BBO #225700
Jay S. Gregory, Esq., BBO #546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: March 12, 2004