# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV10203 PBS

```
————————————————————————
MASSACHUSETTS DVELOPMENT          )
FINANCE AGENCY                    )
              Plaintiff,          )
v.                                )
                                  )
                                  )
ADP MARSHALL, INC., A FLUOR       )
DANIEL COMPANY, and FIREMAN'S     )
FUND INSURANCE COMPANY            )
              Defendant,          )
————————————————————————)
                                  )
ADP MARSHALL, INC.                )
          Plaintiff-in-Counterclaim )
v.                                )
                                  )
MASSACHUSETTS DEVELOPMENT         )
FINANCE AGENCY                    )
          Defendant-in-Counterclaim )
————————————————————————)
                                  )
ADP MARSHALL, INC.                )
          Third-Party Plaintiff   )
v.                                )
                                  )
ALLIED CONSULTING ENGINEERING     )
SERVICES, INC., ANDOVER           )
CONTROLS CORPORATION, R&R         )
WINDOW CONTRACTORS, INC., and     )
DELTA KEYSPAN, INC., n/k/a DELTA  )
KEYSPAN, LLC                      )
          Third-Party Defendant   )
————————————————————————)
```

00817661

### ASSENTED TO MOTION OF THIRD-PARTY DEFENDANT, ALLIED CONSULTING ENGINEERING SERVICES, INC., TO ENLARGE TIME

Third-Party Defendant, ALLIED CONSULTING ENGINEERING SERVICES, INC., hereby moves this Honorable Court to enlarge the time within which it is to respond to the Complaint until and including April 2, 2004.

As grounds therefore, third-party defendants state that an enlargement of time is needed to respond properly. Counsel for the Third-Party Plaintiff, ADP MARSHALL, INC., has conferred with counsel for the Third-Party Defendant, ALLIED CONSULTING ENGINEERING SERVICES, INC., and the parties, by their counsel, hereby stipulate and agree that Third-Party Defendant, ALLIED CONSULTING ENGINEERING SERVICES, INC., may have until and including April 2, 2004 within which to respond.

Respectfully submitted,
ALLIED CONSULTING ENGINEERING SERVICES, INC.

By their attorneys,

David J. Hatem, Esq., PC (BBO #225700)
Jay S. Gregory, Esq., (BBO #546708)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4500

**ASSENTED TO:**

Andrew J. Tine, Esq. (BBO #633639)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110
(617) 428-0266

Dated:  March 12, 2004

## CERTIFICATE OF SERVICE

I, David J. Hatem, Esq., PC, hereby certify that on this 12th day of March, 2004, I served a copy of the foregoing, Assented to Motion to Enlarge Time, via first class mail, postage prepaid upon:

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110

David J. Hatem, Esq., PC