2. Article Number

7106 4575 1294 1507 0367

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*  [ ] Yes

1. Article Addressed to:

Delta Keyspan, Inc. n/k/a Delta Keyspan, LLC
83 Vermont Avenue, Building 5
Warwick, RI 02888

RE:                              SENDER:

PS Form 3811, June 2000     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*   B. Date of Delivery

C. Signature
X _____  [ ] Agent
                         [ ] Addressee

D. Is delivery address different from item 1?  [ ] Yes
   If YES, enter delivery address below:       [ ] No

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern                                    District of    Massachusetts

ADP MARSHALL, INC.

v.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC., and DELTA
KEYSPAN, INC. n/k/a DELTA
KEYSPAN, LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:   04 CV 10203 PBS

**04 10203 PBS**

TO: (Name and address of Defendant)

Delta Keyspan, Inc. n/k/a Delta Keyspan, LLC
83 Vermont Avenue
Building 5
Warwick, RI 02888-3047

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin Street
9th Floor
Boston, Mass. 02110
(617) 428-0266

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  2-19-04

**haese** :::: Limited Liability Company

**Certified Article Number**

**7106 4575 1294 1507 0367**

**SENDERS RECORD**

Via Certified U.S. Mail/Return Receipt Requested

FILE COPY

haese

Attorneys at Law
70 Franklin Street, 9th Floor
Boston, Massachusetts 02110

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Telephone 860.249.7194
Facsimile 860.249.7195

February 20, 2004

Delta Keyspan, Inc. n/k/a Delta Keyspan, LLC
83 Vermont Avenue
Building 5
Warwick, RI 02888

Re: ADP Marshall, Inc. V. Allied Consulting, et al.; Case Number: 04 CV 10203 PBS, District of Massachusetts

Dear Sir/Madam:

Please find enclosed herewith the following:

1. Summons;
2. Third Party Complaint; and
3. Notice of Scheduling Conference.

Service of the above has been effectuated by Certified U.S. Mail. Your attention is directed to the Notice of Scheduling Conference requiring the attendance of counsel on March 10, 2004 at 3 PM before Judge Patti B. Saris.

Very truly yours,

Andrew J. Tine
AJT:mm

Enc.

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island,
Washington, DC. and France