UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Plaintiff,<br><br>v.<br><br><br>ADP MARSHALL, INC, a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br>    Defendants,<br><br><br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>DELTA KEYSPAN, INC., R & R WINDOW CONTRACTORS, INC., ANDOVER CONTROLS CORPORATION and ALLIED CONSULTING ENGINEERING SERVICES, INC.,<br>    Third-Party Defendants. | Civil Action No.:<br>1:04-cv-10203-PBS |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter our appearance as counsel in this case for the third-party

defendant, R & R Window Contractors, Inc.

Dated: March 19, 2004

        The Third-Party Defendant,

        R & R Window Contractors, Inc.

        By its Attorneys,

        _____
        James J. Duane, III, Esq.
        B.B.O. # 136500

        _____
        Edward V. Coburn
        B.B.O. # 655916
        TAYLOR, DUANE, BARTON &
          GILMAN, LLP
        111 Devonshire Street
        Boston, MA 02109
        Tel. (617) 654-8200
        FAX (617) 482-5350

## CERTIFICATE OF SERVICE

I, James J. Duane, III, Esq. hereby certify that on this 19th day of March, 2004, I served a copy of the above motion by mailing same, postage prepaid, to all counsel of record.

_____
James J. Duane, III