UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Plaintiff,<br><br>v.<br><br><br>ADP MARSHALL, INC, a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br>    Defendants,<br><br><br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>DELTA KEYSPAN, INC., R & R WINDOW CONTRACTORS, INC., ANDOVER CONTROLS CORPORATION and ALLIED CONSULTING ENGINEERING SERVICES, INC.,<br>    Third-Party Defendants. | ) ) ) ) ) ) ) Civil Action No.:<br>) 1:04-cv-10203-PBS ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ASSENTED-TO MOTION OF THE THIRD-PARTY DEFENDANT, R & R WINDOW CONTRACTORS, INC., TO ENLARGE TIME TO RESPOND TO THE THIRD-PARTY COMPLAINT OF THE THIRD-PARTY PLAINTIFF, ADP MARSHALL, INC.**

The third-party defendant, R & R Window Contractors, Inc. ("R & R"), respectfully moves, **with the assent of the third-party plaintiff**, to enlarge the time by which R & R must answer, object or otherwise respond to the third-party plaintiff's Third-Party Complaint from March 15, 2004 up to and including March 31,

2004. Counsel for the third-party plaintiff assented to this motion by telephone on March 17, 2004.

WHEREFORE, R &R requests that this Court allow this Assented-To Motion and enlarge the time to respond to the third-party plaintiff's Third-Party Complaint until March 31, 2004.

| The Third-Party Defendant, | The Third-Party Plaintiff, |
|---|---|
| R & R Window Contractors, Inc. | ADP Marshall, Inc. |
| By its Attorneys, | By its Attorneys, |
| *James J. Duane, III* | *Andrew J. Tine* |
| James J. Duane, III, Esq.<br>B.B.O. # 136500<br>Edward V. Coburn<br>B.B.O. # 655916<br>TAYLOR, DUANE, BARTON &<br>GILMAN, LLP<br>111 Devonshire Street<br>Boston, MA 02109<br>Tel. (617) 654-8200<br>FAX (617) 482-5350 | Andrew J. Tine, Esq.<br>B.B.O. # 633639<br>Haese, LLC<br>70 Franklin Street, 9th Floor<br>Boston, MA 02110<br>Tel. (617) 428-0266<br>FAX (617) 428-0276 |

## CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, James J. Duane, III, Esq. hereby certify that, prior to filing the within motion, I conferred with counsel for the third-party plaintiff concerning said motion, who advised that he assents to said motion. I further certify that on this 19th day of March, 2004. I served a copy of the above motion by mailing same, postage prepaid, to all counsel of record.

*James J. Duane, III*
James J. Duane, III