UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                          CIVIL ACTION NO. 04-CV-10203 PBS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY and FIREMAN'S FUND INSURANCE COMPANY, | )<br>)<br>)<br>) |
|     Defendants, | )<br>) |
| v. | )<br>) |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC,<br>    Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO EXTEND TIME IN WHICH THIRD-PARTY DEFENDANT, ANDOVER CONTROLS CORPORATION, MAY ANSWER OR OTHERWISE RESPOND TO THE THIRD-PARTY COMPLAINT**

The third-party defendant, Andover Controls Corporation ("Andover"), hereby moves this Court to extend the time in which Andover may answer or otherwise respond to the Third-Party Complaint to Monday, April 5, 2004. Counsel for Andover and the third-party plaintiff, ADP Marshall, Inc. ("ADPM"), have already conferred with respect to the requested extension of time and counsel for ADPM has assented to this motion. Andover and ADPM agree that neither party will be prejudiced by the requested extension of time.

WHEREFORE, Andover and ADPM respectfully request that this Court extend the time by which Andover may answer or otherwise respond to the Third-Party Complaint to Monday, April 5, 2004.

Respectfully submitted:

| | |
|---|---|
| ANDOVER CONTROLS CORPORATION,<br>By its attorneys, | ADP MARSHALL, INC.<br>By its attorney, |
| _/s/ Dwight T. Burns_<br>John J. McNamara, BBO #557882<br>Dwight T. Burns, III, BBO #637514<br>DOMESTICO, LANE & MCNAMARA, LLP<br>161 Worcester Road<br>Framingham, MA 01701<br>(508) 626-9000 | _/s/ Andrew J. Tine_<br>Andrew J. Tine, BBO #633639<br>HAESE, LLC<br>70 Franklin Street, 9th Floor<br>Boston, MA 02110<br>(617) 428-0266 |
| Dated: March 23, 2004 | Dated: March 23, 2004 |

## CERTIFICATE OF SERVICE

I, Dwight T. Burns, III, hereby certify that I have, on this 23rd day of March, 2004, served a copy of the within by first-class mail upon the following:

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Jay S. Gregory, Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

James J. Duane, III, Esquire
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

Stephen A. Izzi, Esquire
Holland & Knight LLP
One Financial Plaza
Providence, RI 02903

_/s/ Dwight T. Burns, III_
Dwight T. Burns, III