UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                    CIVIL ACTION NO. 04-CV-10203-PBS

MASSACHUSETTS DEVELOPMENT       :
FINANCE AGENCY                  :
    Plaintiff                   :
                                :
    v.                          :
                                :
ADP MARSHALL, INC., a FLUOR DANIEL :
COMPANY and FIREMAN'S FUND      :
INSURANCE COMPANY               :
    Defendants                  :
                                :
    v.                          :
                                :
ALLIED CONSULTING ENGINEERING   :
SERVICES, INC., ANDOVER CONTROLS :
CORPORATION, R&R WINDOW         :
CONTRACTORS, INC., and DELTA    :
KEYSPAN, INC. n/k/a DELTA       :
KEYSPAN, LLC                    :
    Third-Party Defendants      :

### ASSENTED TO MOTION TO EXTEND TIME IN WHICH THIRD-PARTY DEFENDANT, DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC MAY ANSWER OR OTHERWISE RESPOND TO THE THIRD-PARTY COMPLAINT

The third-party defendant, Delta KeySpan, Inc. n/k/a Delta KeySpan, LLC ("Delta"), hereby moves this Court to extend the time in which Delta may answer or otherwise respond to the Third-Party Complaint to Friday, April 2, 2004. Counsel for Delta and the third-party plaintiff, ADP Marshall, Inc. ("ADPM"), have already conferred with respect to the requested extension of time and counsel for ADPM has assented to this motion. Delta and ADPM agree that neither party will be prejudiced by the requested extension of time.

WHEREFORE, Delta and ADPM respectfully request that this Court extend the time by which Delta may answer or otherwise respond to the Third-Party Complaint to Friday, April 2, 2004.

Respectfully submitted,

| DELTA KEYSPAN, INC.<br>By its attorneys, | ADP MARSHALL, INC.<br>By its attorney, |
|---|---|
| Stephen A. Izzi, Esq. (BBO# 547488)<br>HOLLAND & KNIGHT, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>(401) 751-8500 | Andrew J. Tine, Esq. (BBO#633639)<br>HAESE, LLC<br>70 Franklin Street, 9th Floor<br>Boston, MA 02110<br>(617) 428-0266 |
| Dated: March 26, 2004 | March 29, 2004 |

## CERTIFICATION

I hereby certify that I have mailed a copy of the within first class mail, postage prepaid on 31st day of March, 2004 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summers Street, 2nd Floor
Boston, MA 02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

Jay S. Gregory, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Dwight T. Burns, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

James J. Duane, III, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

# 1806221_v1