UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY<br>    Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR<br>DANIEL COMPANY, and FIREMAN'S<br>FUND INSURANCE COMPANY,<br>    Defendants<br><br>*********************************************<br>ADP MARSHALL, INC.,<br>    Plaintiff-in-Counterclaim<br><br>vs.<br><br>MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY,<br>    Defendant-in-Counterclaim<br><br>*********************************************<br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff<br><br><br>ALLIED CONSULTING ENGINEERING<br>SERVICES, INC., ANDOVER CONTROLS<br>CORPORATION, R & R WINDOW<br>CONTRACTORS, INC., and DELTA<br>KEYSPAN, INC. n/k/a DELTA<br>KEYSPAN, LLC.<br>    Third-Party Defendants<br>********************************************* | CIVIL ACTION<br>NO. 04 CV 10203 PBS |

<u>**DELTA KEYSPAN, INC.'S INITIAL DISCLOSURE**</u>
(Fed. R. Civ. P. Rule 26(a)(2))


A.    <u>PERSONS WITH DISCOVERABLE INFORMATION</u>

    Mr. Raymond Keough
    83 Vermont Avenue
    Warwick, Rhode Island 02888

B.  **DOCUMENTS**

   1. Correspondence
   2. Decisions of Division of Administrative Appeals

C.  **DAMAGES**

   None.

D.  **INSURANCE POLICY**

   1. Liberty Mutual's policy covering Delta Keyspan, Inc.

Respectfully submitted,

Allen Whitestone, Esq.
Latronico, Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116
BBO# 526200
(617) 236-1900

## **CERTIFICATE OF SERVICE**

I, Allen Whitestone, hereby certify that I have mailed the foregoing document, postage prepaid, to:

Edward F. Vena, Esq.
Charles A. Plunkett, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210


Andrew J. Tine, Esq.
Haese LLC
70 Franklin Street, 9th. Fl.
Boston, MA 02110


James J. Duane, III, Esq.
Edward Coburn, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street, 5th. Fl.
Boston, MA 02109


John J. McNamara, Esq.
Dwight T. Burns, III, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

David J. Hatem, Esq.
Jay S. Gregory, Esq.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210

DATED: April 5, 2004

Allen Whitestone, Esq.
Latronico, Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116
BBO# 526200
(617) 236-1900