

**VENA, RILEY, DEPTULA, LLP**

250 Summer Street, 2nd Floor
Boston, MA 02210

Phone: 617.951.2400
Fax: 617.951.2420

Edward F. Vena
Direct Dial: 617.951.9385
Email: evena@vrdllp.com

April 12, 2004

**CERTIFIED MAIL, 7003 0500 0005 5791 7968**
**RETURN RECEIPT REQUESTED**

Honorable Patti Saris
U.S. District Court
One Courthouse Way
Boston, MA 02109

Re:  *Massachusetts Department Finance Agency v. ADP Marshall, Inc., a Fluor Daniel Company, and Fireman's Fund Insurance Company, et al.*
United States District Court C.A. No.: CV 10203 PBS
*VRD Reference No.: 213*

Dear Judge Saris,

Pursuant to Court Order, please be advised that the parties have selected John Fieldsteel, Esq., of the Boston law firm of Urbelis & Fieldsteel, LLP, to act as mediator in this case. Mediation has been scheduled for September 14-15, 2004.

The parties will promptly inform the Court of the outcome of the mediation.

Very truly yours,

*Edward F. Vena*
Edward F. Vena  JKP

cc:  by first class mail, post paid:
Andrew J. Tine, Esquire
John McNamara, Esquire
Jay Gregory, Esquire
Allen Whitestone, Esquire
James J. Duane, Esquire
Stephen Izzi, Esquire