UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 CV 10203 PBS |
| | ) | |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY | ) | |
| Defendants. | ) | |

ADP MARSHALL, INC.
    Plaintiff-in-Counterclaim,

v.

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
    Defendant-in-Counterclaim.

ADP MARSHALL, INC.
    Third Party Plaintiff,

v.

ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC
    Third Party Defendants.

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE _____

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the undersigned, a member in good standing of the bar of this Court, requests the Court to admit Glenn H. Haese *pro hac vice* to represent the Defendants, ADP Marshall, Inc. ("ADPM") and Fireman's Fund Insurance Company

1

("Fireman") in the above-captioned matter. In support of this motion, the undersigned asserts that this application is made for good cause and the following:

1.    Glenn H. Haese is an attorney associated with the firm Haese, LLC. The office addresses of Haese, LLC, are 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103 and 70 Franklin Street, 9th Floor, Boston, MA 02110.

2.    Attorney Haese is a member in good standing of the following courts:

> State of Colorado
> U.S. District Court (Colorado)
> U.S. Court of Appeals (4th and 5th Circuits)

3.    Attorney Haese does not have any grievances currently pending against him, and has never been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

4.    Attorney Haese is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,                                    22 April 2004

DEFENDANTS,
ADP Marshall, Inc. and Fireman's Fund Insurance Company
By their attorneys,

Andrew J. Tine (BBO#633639)
Richard Fox (BBO#651173)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
(617) 428-0266 - Telephone
(617) 428-0276 - Fax

2

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing motion via United States Mail postage prepaid this 22° day of April, 2004 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Jay S. Gregory, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

James J. Duane, III, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

Dwight T. Burns, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Stephen A. Izzi, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Richard Fox, Esq.