UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants. | C.A. No. 04 CV 10203 PBS |
| ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim. | |
| ADP MARSHALL, INC.<br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC<br>    Third Party Defendants. | |

### AFFIDAVIT OF GLENN H. HAESE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Glenn H. Haese, hereby declare and state as follows:

1

1.   I am an attorney associated with the law firm of Haese, LLC, 100 Pearl Street, 14th floor, Hartford, CT 06103 and 70 Franklin Street, 9th Floor, Boston, MA 02110.

2.   I am admitted to practice and am a member in good standing with the following state and/or federal bars:

>State of Colorado
>U.S. District Court (Colorado)
>U.S. Court of Appeals (4th and 5th Cir.)

3.   I do not have any grievances currently pending against me, and have never been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

EXECUTED this _12_ th day of April, 2004 at Boston, Massachusetts.

_____
Glenn H. Haese

Sworn and subscribed to
before me this _12_ day of
April, 2004

_____
Notary Public

My Commission expires Oct. 29th, 2010.

2