# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY <br>     Plaintiff, <br><br> v. <br><br> ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY <br>     Defendants. | C.A. No. 04 CV 10203 PBS |

ADP MARSHALL, INC.
    Plaintiff-in-Counterclaim,

v.

MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY
    Defendant-in-Counterclaim.

ADP MARSHALL, INC.
    Third Party Plaintiff,

v.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC., and DELTA
KEYSPAN, INC. n/k/a DELTA
KEYSPAN, LLC
    Third Party Defendants.

## NOTICE OF APPEARANCE OF RICHARD J. FOX, ESQ.

Please notice the appearance of Richard J. Fox, with the law firm Haese, LLC, as counsel for Defendants ADP Marshall and Fireman's Fund Insurance in the above-captioned action.

Date: April 22, 2004

Richard J. Fox
BBO# 651173
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
(617) 428-0266

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Notice of Appearance of Richard J. Fox, Esq. on counsel of record for every other party via U.S. Mail, pre-paid, on the 22nd day of April, 2004.

_____
Richard J. Fox, Esq.