UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS DEVELOPMENT
FINANCE AGENY,
    Plaintiff

VS.

ADP MARSHALL, INC., A FLUOR
DANIEL COMPANY AND FIREMAN'S
FUND INSURANCE COMPANY,
    Defendants

ADP MARSHALL, INC.,
    Plaintiff-in-Counterclaim

VS.

MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY,
    Defendant-in-Counterclaim

ADP MARSHALL, INC.,
    Third-Party Plaintiff

VS.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC. and DELTA
KEYSPAN, INC. n/k/a DELTA
KEYSPAN, LLC,
    Third-Party Defendants

C.A. NO. 04CV10203 PBS

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel for the third-party defendant, R & R Window Contractors, Inc., in regards to the above-captioned matter.

Respectfully submitted,

*/s/ John H. Bruno II*
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277