UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Plaintiff,<br><br>v.<br><br><br>ADP MARSHALL, INC, a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br>    Defendants,<br><br><br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>DELTA KEYSPAN, INC., R & R WINDOW CONTRACTORS, INC., ANDOVER CONTROLS CORPORATION and ALLIED CONSULTING ENGINEERING SERVICES, INC.,<br>    Third-Party Defendants. | Civil Action No.:<br>1:04-cv-10203-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw our appearances as counsel to the defendant, R & R Window Contractors, Inc., with regard to the above-captioned matter.

                                          The Third-Party Defendant,
                                          R & R Window Contractors, Inc.
                                          By its Attorneys,

                                          James J. Duane, III, Esq.
                                          B.B.O. # 136500
                                          Edward Coburn
                                          B.B.O. # 655916
                                          TAYLOR, DUANE, BARTON & GILMAN, LLP
                                          111 Devonshire Street
                                          Boston, MA 02109
                                          Tel. (617) 654-8200
                                          FAX (617) 482-5350



FILED
04 APR 27 AM 10: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**

United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RE: Civil Action No. 03-12308-PBS

C 04 1632 CRB

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on ___4/12/04___ by the Honorable _Patti B. Saris_.

The following documents are included in our file and transmitted herewith:

( x ) Certified copy of the docket entries;

( x ) Certified copy of the transferral order;

( x ) Original documents numbered __1- 24__

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Date: 4/21/04

Respectfully,

TONY ANASTAS
CLERK OF COURT

By: _Christine Patch_
       Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
      Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)