UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts Development Finance Agency
        Plaintiff,   CIVIL ACTION
   NO.  04-10203-PBS

v.

ADP Marshall, Inc., et al
        Defendants.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                          May 26, 2004

    The Second Scheduling Conference previously scheduled for October 4, 2004, has been **rescheduled** to **October 5, 2004, at 3:00 p.m.**

   By the Court,

   /s/ Robert C. Alba
   Deputy Clerk

Copies to:  All Counsel

resched.ntc