

**haese**

Attorneys at Law
70 Franklin Street, 9th Floor
Boston, Massachusetts 02110
Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Telephone 860.249.7194
Facsimile 860.249.7195

Via U.S. Mail

May 27, 2004

Civil Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Massachusetts Development Finance Agency v. ADP Marshall, Inc., a Fluor Daniel Co., and Fireman's Fund Insurance Co.
C.A. No. 04-10203PBS

Dear Sir/Madam:

Please amend the contact information of Glenn H. Haese of Haese LLC, Counsel for Defendant ADP Marshall, to reflect his mailing address as **70 Franklin St., 9th Floor, Boston, MA 02110**. His address, currently listed as being in Hartford, CT, is incorrect.

Thank you for your attention to this matter.

Sincerely,

Richard J. Fox
RJF/mm
Enc.

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island,
Washington, DC, and France