# UNITED STATES DISTRICT COURT

District of _____

Massachusetts Development Finance Agency

V.

ADP Marshall, Inc., et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

04 CV 10203 PBS

National Grange Mutual Insurance Company
55 West Street
Keene, NH 03431

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ 3rd Party (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

(By) DEPUTY CLERK _____

DATE    5-19-04

**A.** Article Number

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7160 3901 9844 0443 6713

| 3. Service Type | **CERTIFIED MAIL** |
|---|---|
| 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
Nick Schwindt | 5/28/04

C. Signature
X *T. Schwindt*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

President
National Grange Mutual Insurance Company
55 West Street
Keene, NH 03431

PS Form 3811, July 2001                Domestic Return Receipt