UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4  A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

MASSACHUSETTS DEVELOPMENT
FINANCE AGENY,
    Plaintiff

VS.

C.A. NO. 04CV10203 PBS

ADP MARSHALL, INC., A FLUOR
DANIEL COMPANY AND FIREMAN'S
FUND INSURANCE COMPANY,
    Defendants

---

ADP MARSHALL, INC.,
    Plaintiff-in-Counterclaim

VS.

MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY,
    Defendant-in-Counterclaim

---

ADP MARSHALL, INC.,
    Third-Party Plaintiff

VS.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC. and DELTA
KEYSPAN, INC. n/k/a DELTA
KEYSPAN, LLC,
    Third-Party Defendants

---

## THIRD PARTY DEFENDANT, R&R WINDOW CONTRACTORS, INC.'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. RULE 26(a)(1)

Now comes third party defendant, R&R Window Contractors, Inc. in the above captioned matter and make this initial disclosure pursuant to Fed.R.Civ.P. Rule 26(a)(1).

(A)     Name of individual likely to have discoverable information

Richard Powers – Field Coordinator, R&R Window Contractors, Inc.
Roger Fuller – President, R&R Window Contractors, Inc.
George Hinton – Vice-President, R&R Window Contractors, Inc.
Ann Miles – Vice-Presidnece/Controller, R&R Window Contractors, Inc.
Michael Kellogg – Foreman, R&R Window Contractors, Inc.
Robert J. Gruslin – 84 Madison Street, Pawtucket, RI (former Project Manager, R&R Window Contractors, Inc.)

All of the above were involved in the installation of the windows pursuant to the R&R contract as well as negotiation of the R&R sub-contract. Ann Miles was not involved in the installation, however was involved in the negotiation of the R&R windows sub-contract.

(B)  Documents

The documents are being collected. However, the documents that are available include the sub-contracts, purchase orders and invoices, approved shop drawings and correspondence between R&R Window Contractors, Inc. and general contractor.

(C)  Damages

R&R Window Contractors, Inc. makes no claim for damages.

(D)  Insurance Agreements

See attached Exhibit A, Massachusetts Bay Insurance Company insurance policy number ZDE 6013324, effective dates 01/31/00 to 01/31/01. See Exhibit B, Massachusetts Bay Insurance Company insurance policy number ZDE 6013324, effective dates 01/31/01 to 01/31/02. See Exhibit C, Hanover Insurance Company EXCELLA – Excess/Umbrella Policy, policy number UHE 610 08 34, effective dates 01/31/00 to 01/31/01.

In addition, the claims alleged may be covered by insurance policies from the Western World Insurance Company and the Peerless Insurance Company. Copies of those policies will be produced when obtained.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
(508)747-5277