# UNITED STATES DISTRICT COURT

District of

Massachusetts Development Finance Agency

V.

ADP Marshall, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10203-PBS

DATE: 6-10-04

HCB

TO: (Name and address of Defendant)

Fidelity and Deposit Company of Maryland (FDC)
1400 American Lane Tower 1
Floor 19
Schaumburg, IL 60196

YOU ARE HEREBY SUMMONED and required to serve on Third Party PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LCC
70 Franklin St., 9th FL
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 5-19-04

(By) DEPUTY CLERK