# UNITED STATES DISTRICT COURT

District of

Massachusetts Development Finance Agency

V.

ADP Marshall, Inc., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10203 PBS

TO: (Name and address of Defendant)

United States Fidelity and Guaranty Company (USF+G)
385 Washington Street
St. Paul, MN 55102

YOU ARE HEREBY SUMMONED and required to serve on Third Party PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 5-19-04