# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

Massachusetts Development Finance Agency

2004 JUN 10  A 11: 26

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

V.

ADP Marshall, Inc., et al.

CASE NUMBER:

**04 10203 PBS**

TO: (Name and address of Defendant)

Spagnolo/Gisness & Associates, Inc.
200 High Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on Third Party PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Mause, LLC
70 Franklin St., 9th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

5-19-04

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 8, 2004
I hereby certify and return that on 5/27/2004 at 4:15:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to L.Pesce,Office Mgr, for Spagnolo/Gisness & Assocites, Inc., at , 200 High Street, Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date            *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.