UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 04 CV 10203 PBS |
| ADP MARSHALL, INC.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.,<br><br>Third Party Defendants. | |

**NOTICE OF APPEARANCE**

Please enter the appearances of Bradford R. Carver and Eric H. Loeffler of Cetrulo & Capone LLP, Two Seaport Lane, Boston, MA 02210, as counsel for the third party defendant, United States Fidelity and Guaranty Company, in the above action.

    Respectfully submitted,

    UNITED STATES FIDELITY AND GUARANTY COMPANY,

    By its attorneys,

    /s/ Bradford R. Carver
    Bradford R. Carver, BBO #565396

    /s/ Eric H. Loeffler
    Eric H. Loeffler, BBO#641289

Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500

02060-0107
327218v1