UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br><br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Defendants.<br><br>ADP MARSHALL, INC.,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.,<br><br>    Third Party Defendants. | CIVIL ACTION NO. 04 CV 10203 PBS |

### STIPULATION OF EXTENSION OF TIME IN WHICH THE THIRD PARTY DEFENDANT, UNITED STATES FIDELITY AND GUARANTY COMPANY, MAY RESPOND TO THE FIRST AMENDED THIRD PARTY COMPLAINT

The third party defendant, United States Fidelity and Guaranty Company ("USF&G"), and the third party plaintiff, ADP Marshall, Inc. ("ADP"), hereby stipulate, subject to approval of the Court, that the time within which USF&G is to respond to ADP's First Amended Third Party Complaint is extended up to and including July 30, 2004.

Respectfully submitted,

UNITED STATES FIDELITY AND
GUARANTY COMPANY,

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500


ADP MARSHALL, INC.,

By its attorneys,


/s/ Andrew J. Tine
Andrew J. Tine, BBO #633639
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
(617) 428-0266

2