# UNITED STATES DISTRICT COURT

District of _____

Massachusetts Development Finance Agency

V.

ADP Marshall, Inc., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04cv10203 PBS

FILED IN CLERK'S OFFICE
2004 JUN 16 P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

American Home Assurance Company
80 Pine Street
New York, NY 10005

YOU ARE HEREBY SUMMONED and required to serve on Third Party PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin Street, 9th Fl
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(By) DEPUTY CLERK  Pat Russo

DATE  5-19-04

