UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                CIVIL ACTION NO. 04-CV-10203 PBS

FILED
IN CLERKS OFFICE
2004 JUN 30 P 12: 15
US DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY and FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.,<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br>    Defendant-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.,<br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC. UNITED STATES FIDELITY AND GUARANTY COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NATIONAL GRANGE MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, HARTFORD ROOFING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPANY, INC. and SPAGNOLO/GISNESS & )
ASSOCIATES, INC., )
)
)
)
Third-Party Defendants. )

## NOTICE OF APPEARANCE

Please enter the appearance of Eric A. Howard, Esquire, John J. McNamara, Esquire and the Law Firm of Domestico, Lane & McNamara, LLP as counsel for the third-party defendant, American Home Assurance Company, in the above-captioned action. Please also enter the appearance of Eric A. Howard, Esquire as counsel for the third-party defendant, Andover Controls Corporation.

        Respectfully submitted,

        ANDOVER CONTROLS CORPORATION and
        AMERCIAN HOME ASSURANCE COMPANY,
        By its attorneys,

        */s/ E. Howard*
        John J. McNamara
        BBO No. 557882
        Eric A. Howard
        BBO No. 637514
        DOMESTICO, LANE & MCNAMARA, LLP
        161 Worcester Road
        Framingham, MA  01701
        (508) 626-9000

Dated:  June 30, 2004

<u>CERTIFICATE OF SERVICE</u>

I, Eric A. Howard, hereby certify that I have, on this 30th day of June, 2004, served a copy of the within by first class mail upon the following:

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

Jay S. Gregory, Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Stephen A. Izzi, Esquire
Holland & Knight LLP
One Financial Plaza
Providence, RI 02903

Warren D. Hutchison, Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Edward Coburn, Esquire
Taylor, Duane, Barton & Gilman LLP
111 Devonshire Street,
Boston, MA 02129

Eric H. Loeffler, Esquire
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

Allen Whitestone, Esquire
Black, Cetkovic & Whitestone LLP
200 Berkeley Street
Boston, MA 02116

_____
Eric A. Howard