UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 JUL -9 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY<br>    Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR<br>DANIEL COMPANY, and FIREMAN'S<br>FUND INSURANCE COMPANY,<br>    Defendants<br><br>*********************************<br><br>ADP MARSHALL, INC.,<br>    Plaintiff-in-Counterclaim<br><br>vs.<br><br>MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY,<br>    Defendant-in-Counterclaim<br><br>*********************************<br><br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff<br><br><br>ALLIED CONSULTING ENGINEERING<br>SERVICES, INC., ANDOVER CONTROLS<br>CORPORATION, R & R WINDOW<br>CONTRACTORS, INC., and DELTA<br>KEYSPAN, INC. n/k/a DELTA<br>KEYSPAN, LLC.<br>    Third-Party Defendants<br>********************************* | CIVIL ACTION<br>NO. 04 CV 10203 PBS |

## DELTA KEYSPAN, INC. Now Known As DELTA KEYSPAN, LLC'S
## CORPORATE DISCLOSURE STATEMENT

### (Local Rule 7.3)

Delta Keyspan, LLC, by its in-house counsel, Steven L. Greenspan, states that:

1. Delta Keyspan, LLC is wholly-owned by Keyspan Business Solutions, LLC.

2. Delta Keyspan, LLC is not a publicly traded organization.

3. Keyspan Business Solutions, LLC is wholly-owned by Keyspan Services, Inc. Keyspan Services, Inc. is wholly-owned by Keyspan Energy Corporation. Neither Keyspan Business Solutions, LLC, nor Keyspan Services, Inc., nor Keyspan Energy Corporation are publicly traded organizations. Keyspan Energy Corporation is wholly-owned by Keyspan Corp. which is a publicly traded organization.

DATE: 7/7/04

*Steven L. Greenspan*
Steven L. Greenspan
Senior Counsel
Delta Keyspan, LLC
Formerly known as
Delta Keyspan, Inc.