UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY<br>    Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR<br>DANIEL COMPANY, and FIREMAN'S<br>FUND INSURANCE COMPANY,<br>    Defendants<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>ADP MARSHALL, INC.,<br>    Plaintiff-in-Counterclaim<br><br>vs.<br><br>MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY,<br>    Defendant-in-Counterclaim<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff<br><br><br>ALLIED CONSULTING ENGINEERING<br>SERVICES, INC., ANDOVER CONTROLS<br>CORPORATION, R & R WINDOW<br>CONTRACTORS, INC., and DELTA<br>KEYSPAN, INC. n/k/a DELTA<br>KEYSPAN, LLC.<br>    Third-Party Defendants<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | CIVIL ACTION<br>NO. 04 CV 10203 PBS |

## DELTA KEYSPAN, INC. Now Known As DELTA KEYSPAN, LLC'S CERTIFICATION

## LOCAL RULE 16.1(D)(3)

Delta Keyspan, LLC hereby certifies that it has conferred with its litigation counsel as follows:

a.  with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

b.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Steven L. Greenspan
Senior Counsel
Date: 7/7/04

_____
Allen Whitestone, Esq.
BBO #526200
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116
(617) 236-1900