UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY<br>    Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR<br>DANIEL COMPANY, and FIREMAN'S<br>FUND INSURANCE COMPANY,<br>    Defendants<br><br>*******************************************<br>ADP MARSHALL, INC.,<br>    Plaintiff-in-Counterclaim<br><br>vs.<br><br>MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY,<br>    Defendant-in-Counterclaim<br><br>*******************************************<br>ADP MARSHALL, INC.,<br>    Third-Party Plaintiff<br><br><br>ALLIED CONSULTING ENGINEERING<br>SERVICES, INC., ANDOVER CONTROLS<br>CORPORATION, R & R WINDOW<br>CONTRACTORS, INC., and DELTA<br>KEYSPAN, INC. n/k/a DELTA<br>KEYSPAN, LLC.<br>    Third-Party Defendants<br>******************************************* | CIVIL ACTION<br>NO. 04 CV 10203 PBS |

### AFFIDAVIT OF STEVEN L. GREENSPAN

I, Steven L. Greenspan, do hereby depose and state the following:

1.  I am the in-house senior counsel to Delta Keyspan, LLC previously known as Delta Keyspan, Inc.

2.  I have conferred with litigation counsel for Delta Keyspan, LLC regarding the establishment of a budget for this litigation and other alternative courses which may be necessary to resolve this matter.

3.  I have reviewed the possible use of Alternative Dispute Resolution with counsel and we agree to defer a decision until the conclusion of discovery and mediation.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 7/7/04

STEVEN L. GREENSPAN
Senior Counsel
Delta Keyspan, LLC
Formerly known as
Delta Keyspan, Inc.