# UNITED STATES DISTRICT COURT

District of _____

Massachusetts Development Finance Agency

V.

ADP Marshall Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

FILED
IN CLERKS OFFICE
2004 JUN 14 A 11: 48
U.S. DISTRICT COURT
DISTRICT OF MASS

04 [cv] [10203] PBS

TO: (Name and address of Defendant)

Maddison Associates, Inc.
7 Franklin ~~Street~~ Avenue
Revere, Massachusetts 02151

Third Party

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin St., 9th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____        DATE  5-19-04

(By) DEPUTY CLERK  Pat Rosso

## RETURN OF SERVICE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
July 9, 2004

*Suffolk, ss.*

I hereby certify and return that on 7/1/2004 at 10:30:00 AM I served a true and attested copy of the Summons and Amended Complaint, 1st Amended Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Maddison Associates, Inc., 7 Franklin Street Revere, MA 02151 and by mailing 1st class to the above address on 7/1/2004. In the service hereof it was necessary and I actually used a motor vehicle 10 miles. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $47.40

Deputy Sheriff Robert Foscaldo

                                                                Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    Signature of Server

                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.