# UNITED STATES DISTRICT COURT

District of _____

Massachusetts Development Finance Agency

V.

ADP Marshall, Inc., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

FILED
CLERK'S OFFICE
2004 SEP -2 PM 2:59
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

**04 10203 PBS**

Travelers Casualty and Surety Company of America
One Tower Square
Hartford, CT 06183

YOU ARE HEREBY SUMMONED and required to serve on Third Party PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine
Haese, LLC
70 Franklin St., 9th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  5-19-04