UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04 CV 10203 PBS

|  |  |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff, | )<br>)<br>)<br>) |
| vs. | )<br>) |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants. | )<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.<br>    Third Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| MADDISON ASSOCIATES, INC., et. al.<br>    Third Party Defendants. | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF ROBERT R. PIERCE AND JAMES F. KAVANAUGH

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the Notice of Appearance of Robert R. Pierce and James F. Kavanaugh of Pierce & Mandell. P.C. as counsel for third party defendant Maddison Associates, Inc., in the above-captioned case.

1

MADDISON ASSOCIATES, INC.,
By their attorneys,

_____
Robert R. Pierce (BBO#549172)
James F. Kavanaugh (BBO # 646515)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

## CERTIFICATE OF SERVICE

I, Robert R. Pierce, hereby certify that on this 10th day of September, 2004 I served <u>Notice of Appearance of Robert R. Pierce and James F. Kavanaugh</u>, by first class mail, postage prepaid upon the following counsel of record:

Eric Howard, Esq.
Domestico, Lane & McNamara
161 Worcester Road
Framingham, MA 01701

William E. O'Gara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02902

Jay Gregory, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

Alan Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

_____
Robert R. Pierce