UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts Development Finance Agency
        Plaintiff,    CIVIL ACTION
        NO.  04-10203-PBS

   v.

ADP Marshall, Inc., et al
        Defendants.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.        September 24, 2004

    The Scheduling Conference previously scheduled for October 5, 2004 at 3:00 p.m., has been **rescheduled** to **October 5, 2004, at 3:45 p.m.**

**NOTE: Change is to time only.**

        By the Court,

        ./s/ Robert C. Alba
        Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Development Finance Agency <br>         Plaintiff, <br><br> v. <br><br> ADP Marshall, Inc., et al <br>         Defendants. | CIVIL ACTION <br> NO.  04-10203-PBS |

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                          September 24, 2004

      The Scheduling Conference previously scheduled for October 5, 2004 at 3:00 p.m., has been **rescheduled** to **October 5, 2004, at 3:45 p.m.**

**NOTE: Change is to time only.**

                                                  By the Court,

                                               ./s/ Robert C. Alba
                                               Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Development Finance Agency<br>　　　　　Plaintiff, | CIVIL ACTION<br>NO.  04-10203-PBS |
| v. | |
| ADP Marshall, Inc., et al<br>　　　　　Defendants. | |

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.　　　　　　　　　　　　　　　　　　　　　　　　September 24, 2004

　　　The Scheduling Conference previously scheduled for October 5, 2004 at 3:00 p.m., has been **rescheduled** to **October 5, 2004, at 3:45 p.m.**

**NOTE: Change is to time only.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　  ./s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts Development Finance Agency
        Plaintiff,

CIVIL ACTION
NO. 04-10203-PBS

v.

ADP Marshall, Inc., et al
        Defendants.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                 September 24, 2004

      The Scheduling Conference previously scheduled for October 5, 2004 at 3:00 p.m., has been **rescheduled** to **October 5, 2004, at 3:45 p.m.**

**NOTE: Change is to time only.**

                                              By the Court,

                                              ./s/ Robert C. Alba
                                              Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Development Finance Agency<br>　　　　　Plaintiff, | CIVIL ACTION<br>NO.  04-10203-PBS |
| v. | |
| ADP Marshall, Inc., et al<br>　　　　　Defendants. | |

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.　　　　　　　　　　　　　　　　　　　　　　　　　September 24, 2004

　　　The Scheduling Conference previously scheduled for October 5, 2004 at 3:00 p.m., has been **rescheduled** to **October 5, 2004, at 3:45 p.m.**

**NOTE: Change is to time only.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　　　　  ./s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Development Finance Agency<br>　　　　　Plaintiff, | CIVIL ACTION<br>NO. 04-10203-PBS |
| v. | |
| ADP Marshall, Inc., et al<br>　　　　　Defendants. | |

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                         September 24, 2004

　　　The Scheduling Conference previously scheduled for October 5, 2004 at 3:00 p.m., has been **rescheduled** to **October 5, 2004, at 3:45 p.m.**

**NOTE: Change is to time only.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　　　  ./s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel


resched.ntc