UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts Development Finance Agency
Plaintiff,
         V.                             Civil Action Number
                                          04-10203-PBS

ADP Marshall, Inc., et al
Defendant.                                      October 5, 2004

## SECOND SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 11/30/05

Plaintiff's expert designation deadline: 2/25/05

Defendant's expert designation deadline: 3/25/05

Expert discovery deadline: 5/25/05

Summary Judgment Motion filing deadline: 11/30/04

Opposition to Summary Judgment Motions: 1/7/05

Hearing on Summary Judgment or Pretrial Conference: 2/16/05 at 2:00 p.m.

Final Pretrial Conference: 6/28/05 at 2:00 p.m.

Jury Trial: 7/18/05 at 9:00 p.m.

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk