UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants. | C.A. No. 04 CV 10203 PBS |

ADP MARSHALL, INC.
    Plaintiff-in-Counterclaim,

v.

MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY
    Defendant-in-Counterclaim.

ADP MARSHALL, INC.
    Third Party Plaintiff,

v.

ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NATIONAL GRANGE MUTUAL, INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AMERICAN HOME

ASSURANCE COMPANY,                              )
HARTFORD ROOFING COMPANY, INC. )
and SPAGNOLO/GISNESS &                    )
ASSOCIATES, INC.                                    )
    Third Party Defendants.                    )
_____)

### NOTICE OF DISMISSAL AS TO THIRD PARTY DEFENDANTS NATIONAL GRANGE MUTUAL INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND

Notice is hereby provided, pursuant to F.R.C.P. 41(a)(1)(i), that the claims of third party plaintiff, ADP Marshall, Inc., against third party defendants, National Grange Mutual Insurance Company and Fidelity and Deposit Company of Maryland, are dismissed without prejudice and without costs to any party against the other.

Respectfully submitted,
ADP Marshall, Inc. and
Fireman's Fund Insurance Company
By its attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
(617) 428-0266

## CERTIFICATION OF SERVICE

I, Andrew J. Tine, hereby certify that I served a true and correct copy of the foregoing upon Edward Vena, Esq., John McNamara, Esq., Warren Hutchison, Esq., Eric Loeffler, Esq., John Bruno, Esq., Allen Whitestone, Esq., Anthony Cipriani, Esq., Robert Pierce, Esq. and William O'Gara, by U.S. Mail this 26th day of October, 2004.

_____
Andrew J. Tine