UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN DIVISION | CIVIL ACTION NO. 04-CV-10203 PBS |
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff | : <br> : <br> : <br> : |
| v. | : |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants | : <br> : <br> : <br> : <br> : |
| v. | : |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., ET AL.<br>    Third-Party Defendants | : <br> : <br> : |

### ASSENTED MOTION OF THIRD-PARTY DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA TO FILE AMENDED ANSWER TO THE THIRD-PARTY COMPLAINT

Third-party defendant Travelers Casualty and Surety Company of America ("Travelers"), hereby moves to file an Amended Answer in the form attached hereto.

Counsel for Third Party Plaintiff has assented to this motion.

WHEREFORE, Travelers respectfully requests that the motion be granted.

Respectfully submitted,

| ADP MARSHALL, INC., | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
|---|---|
| By its Attorneys | By its attorneys, |
| _____ | _____ |
| Andrew J. Tine, Esq. (BBO# 633639)<br>Haese, LLC<br>70 Franklin Street, 9th Floor<br>Boston, MA 02110 | William E. O'Gara, Esq. (BBO# 555256)<br>HOLLAND & KNIGHT, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>(401) 751-8500 |

## CERTIFICATION

I hereby certify that I have mailed a copy of the within first class mail, postage prepaid on 18th day of November, 2004 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summers Street, 2nd Floor
Boston, MA  02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110

Jay S. Gregory, Esq.
Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

John J. McNamara, Esq.
Eric Howard, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA  01701

James J. Duane, III, Esq.
Edward Coburn, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA  02109

Robert R. Pierce, Esq.
James F. Kavanaugh, Esq.
Pierce & Mandell, PC
11 Beacon Street
Boston, MA  02108

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

Alan Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA  02116

Eric H. Loeffler, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210

_Suzy Olivrin_

# 2392023_v1