UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants.<br>_____<br><br>ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim.<br>_____<br><br>ADP MARSHALL, INC.<br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NATIONAL GRANGE MUTUAL, INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY | C.A. No. 04 CV 10203 PBS |

```
OF AMERICA, AMERICAN HOME           )
ASSURANCE COMPANY,                  )
HARTFORD ROOFING COMPANY, INC.      )
and SPAGNOLO/GISNESS &              )
ASSOCIATES, INC.                    )
    Third Party Defendants.         )
                                    )
```

## ADP MARSHALL, INC.'S MOTION FOR SUMMARY JUDGMENT ON ITS THIRD PARTY COMPLAINT AGAINST USF+G, SURETY FOR HARTFORD ROOFING

Pursuant to F.R.C.P. 56, ADP Marshall, Inc. ("ADPM") hereby moves this Honorable Court for summary judgment in its favor on Counts IX of its third party complaint against United States Fidelity and Guaranty Company.

In support hereof, ADPM submits a Memorandum of Law and an Affidavit of Tom Hughes.

Wherefore, ADP Marshall, Inc. requests summary judgment in its favor on the third party complaint.

Submitted this 30th day of November, 2004.

                                  ADP Marshall, Inc.,
                                  By their attorneys,

                                  Andrew J. Tine, BBO# 633639
                                  Haese, LLC
                                  70 Franklin Street, 9th Floor
                                  Boston, MA 02110
                                  617-428-0266

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Andrew J. Tine, attorney for ADP Marshall, Inc., certify that I have attempted to conferred with Eric Loeffler, Esq. and have attempted in good faith to resolve or narrow the issues set forth in this motion for summary judgment.

_____
Andrew J. Tine