UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br><br>　　　　Defendants.<br><br>ADP MARSHALL, INC.,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.,<br><br>　　　　Third Party Defendants. | CIVIL ACTION NO. 04 CV 10203 PBS |

**JOINT MOTION TO EXTEND THE TIME IN WHICH THE THIRD PARTY DEFENDANT, UNITED STATES FIDELITY AND GUARANTY COMPANY, MAY FILE ITS OPPOSITION TO ADP MARSHALL, INC.'S MOTION FOR SUMMARY JUDGMENT**

The third party defendant, United States Fidelity and Guaranty Company ("USF&G"), and the third party plaintiff, ADP Marshall, Inc. ("ADP"), hereby jointly move this Honorable Court to extend the time within which USF&G is to file its Opposition to ADP's Motion for Summary Judgment on its Third Party Complaint Against USF&G from January 7, 2005 to February 4, 2005. As grounds for this Joint Motion, the parties state that they are attempting in good faith to settle their dispute concerning the roofing issues on the Project which, if successful,

1

will alleviate the need for USF&G to respond to the Motion. The requested extension of time will not unfairly prejudice any party and is in the interest of judicial economy.

WHEREFORE, the third party defendant, United States Fidelity and Guaranty Company and the third party plaintiff, ADP Marshall, Inc., jointly request that the Court extend the time within which USF&G is to file its Opposition to ADP's Motion for Summary Judgment Against USF&G to February 4, 2005.

Respectfully submitted,

**UNITED STATES FIDELITY AND
GUARANTY COMPANY,**

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500

**ADP MARSHALL, INC.,**

By its attorneys,

/s/ Andrew J. Tine
Andrew J. Tine, BBO #633639
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
(617) 428-0266