UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,          )

     Plaintiff          )

v.          )

ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and   )
FIREMAN'S FUND INSURANCE COMPANY,          )

     Defendants          )

_____          )   CIVIL ACTION
    )   NO. 04-CV-10203-PBS
ADP MARSHALL, INC.,          )

     Plaintiff-in-Counterclaim,          )

v.          )

MASSACHUSETTS DEVEOPMENT FINANCE AGENCY,          )

     Defendant-in-Counterclaim          )

_____          )

ADP MARSHALL, INC.,          )

     Third-Party Plaintiff          )

v.          )

ALLIED CONSULTING ENGINEERING SERVICES, INC.,   )
ANDOVER CONTROLS CORPORATION, R&R WINDOW   )
CONTRACTORS, INC. and DELTA KEYSPAN, INC. n/k/a   )
DELTA KEYSPAN, LLC,          )

     Third-Party Defendants          )

_____          )

## ASSENTED TO MOTION TO ENLARGE THE TIME WITHIN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The Third-Party Defendant, Allied Consulting Engineering Services, Inc. ("Allied"),

hereby moves this Court for a two week extension in which to respond to the plaintiff in

counterclaim, ADP Marshall Inc.'s ("ADPM"), motion for summary judgment. In support of its motion, Allied states as follows:

1. On December 17, 2004, counsel for Allied received an electronic notice of ADPM's motion for summary judgment.

2. The deadline for filing a response to ADPM's motion is December 31, 2004 according to the applicable rules of civil procedure.

3. Counsel for Allied has conferred with counsel for ADPM and has received a two week extension to file a response to ADPM's motion for summary judgment.

4. The parties have narrowed the issues in controversy through mediation and are currently cooperating to resolve the remaining issues in dispute.

5. The two week extension until January 14, 2005 will not prejudice any party and will assist this Court in the resolution of this matter.

WHEREFORE, the Third-Party Defendant, Allied Consulting Engineering Services, Inc. requests that this Court grant this motion and issue an order enlarging the time to respond to ADP Marshall, Inc.'s motion for summary judgment to January 14, 2005.

ASSENTED TO:

Respectfully submitted,
ALLIED CONSULTING ENGINEERING
SERVICES, INC.,
By its attorneys,

David J. Hatem, PC
B.B.O. #225700
Jay S. Gregory, Esquire
B.B.O. #546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel: (617)406-4500

Dated: _December 30, 2004_

Respectfully submitted,
ADP MARSHALL, INC.,
By its attorneys,

Andrew J. Tine, Esquire
B.B.O. #633639
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
Tel: (617) 428-0266

Dated: _December 30, 2004_

## CERTIFICATE OF SERVICE

I, Jeffrey W. Hallahan, Esquire, hereby certify that on this ___ day of December, 2004, I served the attached *Assented to Motion* by mailing a copy thereof, postage pre-paid to:

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02210

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Dwight T. Burns, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Edward Coburn, Esquire
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

James J. Duane, Esquire
Taylor, Duane, Barton & Gilman
111 Devonshire Street
Boston, MA 02109

John J. McNamara, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Charles A. Plunkett, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Jeffrey W. Hallahan, Esquire

00885988

3