UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS DEVELOPMENT<br>FINANCE AGENCY<br>    Plaintiff | : : : : : | |
| v. | : : | |
| ADP MARSHALL, INC., a FLUOR DANIEL<br>COMPANY and FIREMAN'S FUND<br>INSURANCE COMPANY<br>    Defendants | : : : : : : | C.A. NO. 04-CV-10203 PBS |
| v. | : : : | |
| ALLIED CONSULTING ENGINEERING<br>SERVICES, INC., ANDOVER CONTROLS<br>CORPORATION, R&R WINDOW<br>CONTRACTORS, INC., and DELTA<br>KEYSPAN, INC. n/k/a DELTA<br>KEYSPAN, LLC, MADDISON<br>ASSOCIATES, INC., UNITED STATES<br>FIDELITY AND GUARANTY COMPANY<br>FIDELITY AND DEPOSIT OF MARYLAND<br>NATIONAL GRANGE MUTUAL<br>INSURANCE COMPANY, TRAVELERS<br>CASUALTY AND SURETY COMPANY OF<br>AMERICA, AMERICAN HOME<br>ASSURANCE COMPANY, HARTFORD<br>ROOFING COMPANY, INC. and<br>SPAGNOLO/GISNESS & ASSOCIATES,<br>INC.<br>    Third-Party Defendants | : : : : : : : : : : : : : : : : : : | |

### ASSENTED TO MOTION TO ENLARGE TIME FOR THIRD-PARTY DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT/THIRD-PARTY PLAINTIFF ADP MARSHALL, INC.

Third-Party Defendant Travelers Casualty and Surety Company of America

("Travelers"), herein moves this Court for an Order allowing an extension of time,

up to and including January 21, 2005, in which to respond to the Motion for Summary Judgment filed by Defendant/Third-Party Plaintiff, ADP Marshall, Inc. (hereinafter "Marshall"). As grounds therefore, Travelers states as follows:

1. On or about November 30, 2004, Marshall filed a Motion for Summary Judgment on its Third-Party Complaint Against Delta Keyspan, Inc. ("Delta").

2. Relative to the construction project at issue in this action, Travelers issued a performance bond naming Marshall as obligee and Delta as principal.

3. Pursuant to the Court's Second Scheduling Order, oppositions to motions for summary judgment are due January 7, 2005.

4. Counsel for Travelers has conferred with counsel to Marshall and has received assent to an extension of time, up to and including January 21, 2005, in which Travelers may respond to Marshall's Motion for Summary Judgment.

5. This two week extension of time will not prejudice any party as other parties have already received extensions of time in which to oppose Marshall's Motions for Summary Judgment.

Wherefore, Travelers requests that this Court grant its motion and issue an Order enlarging the time for Travelers to respond to Marshall's Motion for Summary Judgment to January 21, 2005.

| ASSENTED TO: | RESPECTFULLY SUBMITTED: |
|---|---|
| ADP MARSHALL, INC., | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| By its Attorneys | By its attorneys, |

*/s/ Andrew J. Tine (AJT)*
Andrew J. Tine, Esq. (BBO# 633639)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
Tel. (617) 428-0266

DATED: 1/6/05

*/s/ William E. O'Gara (AJT)*
William E. O'Gara, Esq. (BBO# 555256)
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. (401) 751-8500

DATED: 1/6/05

## CERTIFICATION

I hereby certify that I have mailed a copy of the within first class mail, postage prepaid on _____ day of January, 2005 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summers Street, 2nd Floor
Boston, MA  02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110

Jay S. Gregory, Esq.
Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

John J. McNamara, Esq.
Eric Howard, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA  01701

James J. Duane, III, Esq.
Edward Coburn, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA  02109

Robert R. Pierce, Esq.
James F. Kavanaugh, Esq.
Pierce & Mandell, PC
11 Beacon Street
Boston, MA  02108

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

Alan Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA  02116

Eric H. Loeffler, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210

_____

# 2511552_v1