UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY
    Plaintiff

v.

ADP MARSHALL, INC., a FLUOR DANIEL
COMPANY and FIREMAN'S FUND
INSURANCE COMPANY
    Defendants

v.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC., and DELTA
KEYSPAN, INC. n/k/a DELTA
KEYSPAN, LLC, MADDISON
ASSOCIATES, INC., UNITED STATES
FIDELITY AND GUARANTY COMPANY
FIDELITY AND DEPOSIT OF MARYLAND
NATIONAL GRANGE MUTUAL
INSURANCE COMPANY, TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA, AMERICAN HOME
ASSURANCE COMPANY, HARTFORD
ROOFING COMPANY, INC. and
SPAGNOLO/GISNESS & ASSOCIATES,
INC.
    Third-Party Defendants

C.A. NO. 04-CV-10203 PBS

## ASSENTED TO MOTION TO ENLARGE TIME FOR THIRD-PARTY DEFENDANT DELTA KEYSPAN, INC. TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT/THIRD-PARTY PLAINTIFF ADP MARSHALL, INC.

Third-Party Defendant Delta Keyspan, Inc. ("Delta"), herein moves this Court for an Order allowing an extension of time, up to and including January 21,

2005, in which to respond to the Motion for Summary Judgment filed by Defendant/Third-Party Plaintiff, ADP Marshall, Inc. (hereinafter "Marshall"). As grounds therefore, Delta states as follows:

1. On or about November 30, 2004, Marshall filed a Motion for Summary Judgment on its Third-Party Complaint Against Delta.

2. Pursuant to the Court's Second Scheduling Order, oppositions to motions for summary judgment are due January 7, 2005.

4. Upon request, counsel to Marshall has given his consent to the within motion for an extension of time, up to and including January 21, 2005, for Delta to respond to Marshall's Motion for Summary Judgment.

5. This two week extension of time will not prejudice any party as other parties have already received extensions of time in which to oppose Marshall's Motions for Summary Judgment.

Wherefore, Delta requests that this Court grant its motion and issue an Order enlarging the time for Delta to respond to Marshall's Motion for Summary Judgment to January 21, 2005.

| ASSENTED TO: | RESPECTFULLY SUBMITTED: |
|---|---|
| ADP MARSHALL, INC., | DELTA KEYSPAN, INC., |
| By its Attorneys | By its attorneys, |
| */s/ Andrew J. Tine (AJM)* | */s/ Allen Whitestone (AJM)* |
| Andrew J. Tine, Esq. (BBO# 633639) | Allen Whitestone (BBO# 526200) |
| Haese, LLC | Black, Cetkovic & Whitestone |
| 70 Franklin Street, 9th Floor | 200 Berkeley Street |
| Boston, MA  02110 | Boston, MA  02116 |
| Tel. (617) 428-0266 | Tel. (617) 236-1900 |
| DATED: 1/6/05 | DATED: 1/6/05 |

3

## CERTIFICATION

I hereby certify that I have mailed a copy of the within first class mail, postage prepaid on ____ day of January, 2005 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summers Street, 2nd Floor
Boston, MA 02210

Jay S. Gregory, Esq.
Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

James J. Duane, III, Esq.
Edward Coburn, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Eric H. Loeffler, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

John J. McNamara, Esq.
Eric Howard, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Robert R. Pierce, Esq.
James F. Kavanaugh, Esq.
Pierce & Mandell, PC
11 Beacon Street
Boston, MA 02108

Alan Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

_____

# 2511761_v1

4