UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br><br>    Plaintiff<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Defendants<br><br>───────────────────────────<br><br>ADP MARSHALL, INC.,<br><br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVEOPMENT FINANCE AGENCY,<br><br>    Defendant-in-Counterclaim<br><br>───────────────────────────<br><br>ADP MARSHALL, INC.,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC. and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC,<br><br>    Third-Party Defendants | CIVIL ACTION<br>NO. 04-CV-10203-PBS |

### AMENDED ASSENTED TO MOTION TO ENLARGE THE TIME WITHIN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The Third-Party Defendant, Allied Consulting Engineering Services, Inc. ("Allied"),

hereby moves this Court for an order allowing an extension of time, up to and including January

21, 2005, in which to respond to the third-party plaintiff, ADP Marshall Inc.'s ("ADPM"), motion for summary judgment. In support of its motion, Allied states as follows:

1. On or about November 30, 2004, ADPM filed a motion for summary judgment on its third-party complaint against Allied.

2. Counsel for Allied conferred with counsel for ADPM and received a two week extension to file a response to ADPM's motion for summary judgment.

3. Counsel for Allied inadvertently miscalculated the agreed-to deadline and initially moved this Court to for an order only extending the deadline to January 14, 2005.

4. Counsel for Allied has again conferred with counsel for ADPM to explain the error, and has received assent to an extension of time, up to and including January 21, 2005, in which Allied may respond to ADPM's motion for summary judgment.

5. This extension will not prejudice any party as other parties have received similar extensions of time to oppose ADPM's motion for summary judgment.

WHEREFORE, the Third-Party Defendant, Allied Consulting Engineering Services, Inc. requests that this Court grant this motion and issue an order enlarging the time to respond to ADP Marshall, Inc.'s motion for summary judgment to January 21, 2005.

|  | ASSENTED TO: |
|---|---|
| Respectfully submitted,<br>ALLIED CONSULTING ENGINEERING<br>SERVICES, INC.,<br>By its attorneys, | Respectfully submitted,<br>ADP MARSHALL, INC.,<br>By its attorneys, |
| _____<br>David J. Hatem, PC<br>B.B.O. #225700<br>Jay S. Gregory, Esquire<br>B.B.O. #546708<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>Tel: (617)406-4500<br><br>Dated: January 11, 2005 | _____<br>Andrew J. Tine, Esquire<br>B.B.O. #633639<br>Haese, LLC<br>70 Franklin Street, 9th Floor<br>Boston, MA 02110<br>Tel: (617) 428-0266<br><br>Dated: January 11, 2005 |

## CERTIFICATE OF SERVICE

I, Jeffrey W. Hallahan, Esquire, hereby certify that on this ___11___ day of January, 2005, I served the attached *Amended Assented to Motion* by mailing a copy thereof, postage pre-paid to:

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02210

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA  02210

Dwight T. Burns, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Edward Coburn, Esquire
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

James J. Duane, Esquire
Taylor, Duane, Barton & Gilman
111 Devonshire Street
Boston, MA 02109

John J. McNamara, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Charles A. Plunkett, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

_____
Jeffrey W. Hallahan

00888149