UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY <br>     Plaintiff <br><br> v. <br><br> ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY <br> <u>Defendants</u> <br><br> ADP MARSHALL, INC. <br>     Plaintiff in Counterclaim <br><br> v. <br><br> MASSACHUSETTS DEVELOPMENT FINANCE AGENCY <br>     <u>Defendant in Counterclaim</u> <br><br> ADP Marshall, Inc. <br>     Third Party Plaintiff <br><br> v. <br> ALLIED CONSULTING ENGINEERING SERVICES, INC. ANDOVER CONTROLS CORPORATION, R & R WINDOW CONTRACTORS, INC., AND DELTA KEYSPAN, INC. N/K/A DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NATIONAL GRANGE MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, HARTFORD ROOFING COMPANY, INC., and SPAGNOLO/GISNESS & ASSOCIATES, INC. <br>     <u>Third Party Defendants.</u> | C.A. No.: CV 10203 PBS |

## LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE

Now comes counsel for the Plaintiff, Massachusetts Development Finance Agency (hereinafter "MDFA"), and hereby certifies that counsel for MDFA conferred with counsel for Defendants, ADP Marshall, Inc. and Fireman's Fund Insurance Company (hereinafter collectively referred to as "ADP"), in an effort, in good faith, to narrow or resolve the issues set forth in the accompanying Motion for Leave to file a brief in excess of twenty (20) pages, in Opposition to ADP's Motion for Summary Judgment.

Respectfully Submitted,
MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY
By its attorneys,

EDWARD F. VENA, ESQ.
BBO No.: 508660
SABATINO F. LEO, ESQ.
BBO No.: 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Date: January 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record by (hand) (mail) on Jan. 14, 2005