UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )    C.A. No. 04 CV 10203 PBS |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants. | )<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim, | )<br>) |
| v. | ) |
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim. | )<br>)<br>) |
| ADP MARSHALL, INC.<br>    Third Party Plaintiff, | )<br>) |
| v. | ) |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.<br>    Third Party Defendants. | )<br>)<br>)<br>) |

## MOTION TO CONTINUE FACT DISCOVERY DEADLINE

Now comes ADP Marshall, Inc., Massachusetts Development Finance Agency, Andover Controls Corporation, Delta Keyspan, LLC, St. Paul Travelers Company, United States Fidelity and Guaranty, and Maddison Associates, Inc. and moves this Honorable Court for a continuance of the Fact Discovery Deadline, per the Court's October 5, 2004 Order, from January 30, 2005 to

March 25, 2005. The parties have participated in a mediation session and continue with settlement discussions. As such, fact discovery has not progressed as far along as may have been anticipated by this date.

WHEREFORE, the parties hereto request that the Fact Discovery Deadline be extended until March 25, 2005.

| | |
|---|---|
| Respectfully submitted,<br>Andover Controls Corporation<br>By its attorneys,<br><br>/s/Eric Howard<br>John McNamara (BBO#557882)<br>Eric Howard (BBO#637514)<br>Domestico, Lane & McNamanara<br>161 Worcester Road<br>Framingham, MA 01701 | Respectfully submitted,<br>ADP Marshall, Inc.<br>By its attorneys,<br><br>Andrew J. Tine (BBO#633639)<br>Haese, LLC<br>70 Franklin Street, 9th Floor<br>Boston, MA 02110<br>(617) 428-0266 |
| Respectfully submitted,<br>St. Paul Travelers Company<br>By its attorneys,<br><br>/s/William E. O'Gara<br>William E. O'Gara (BBO#555256)<br>Holland & Knight, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>(401) 751-8500 | Respectfully submitted,<br>Delta Keyspan, LLC<br>By its attorneys,<br><br>/s/William E. O'Gara<br>William E. O'Gara (BBO#555256)<br>Holland & Knight, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>(401) 751-8500 |

Respectfully submitted,
Massachusetts Development Finance Agency
By its attorneys,

/s/Sabatino F. Leo
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02118
(617) 951-2400

Respectfully submitted,
Maddison Associates, Inc.
By its attorneys,

/s/Robert R. Pierce
Pierce & Mandell, PC
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-3693

Respectfully submitted,
United States Fidelity and Guaranty Company
By its attorneys,

/s/Eric Loeffler
Cetrulo and Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02149
(617) 217-5373

## CERTIFICATION OF SERVICE

I, Andrew J. Tine, hereby certify that I served a true and correct copy of the foregoing Motion to Continue Fact Discovery Deadline upon Edward Vena, Esq., John McNamara, Esq., Warren Hutchison, Esq., Eric Loeffler, Esq., John Bruno, Esq., Allen Whitestone, Esq., William O'Gara, Esq., Robert Pierce, Esq., and Jay Gregory, Esq. by first class mail, postage pre-paid, this 18th day of January, 2005.

Andrew J. Tine