UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 21 P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff | :<br>:<br>: |
| v. | : |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants | :<br>:<br>:<br>:    C.A. NO. 04-CV-10203 PBS |
| v. | : |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY FIDELITY AND DEPOSIT OF MARYLAND NATIONAL GRANGE MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, HARTFORD ROOFING COMPANY, INC. and SPAGNOLO/GISNESS & ASSOCIATES, INC.<br>    Third-Party Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### THIRD-PARTY DEFENDANT DELTA KEYSPAN, LLC'S MOTION TO STRIKE CERTAIN PORTIONS OF AND EXHIBITS TO THE AFFIDAVIT OF TOM HUGHES

Third Party Defendant, Delta Keyspan, Inc., n/k/a Delta Keyspan, LLC ("Delta"), hereby moves to strike certain portions of and Exhibits to the Affidavit of Tom Hughes, submitted in support of the motion for summary judgment filed by Third-Party Plaintiff, ADP Marshall, Inc.

In support of its motion, Delta relies upon the legal authorities and arguments set forth in the accompanying Memorandum.

        DELTA KEYSPAN, INC., n/k/a
        DELTA KEYSPAN, LLC,

        By Its Attorneys,

        */s/ Allen Whitestone*
        Allen Whitestone, Esq. (BBO #526200)
        Black, Cetkovic & Whitestone
        200 Berkeley Street, 14th Floor
        Boston, MA 02116
        Tel. (617) 236-1900
        Fax (617) 536-2387

## CERTIFICATION

I hereby certify that I have mailed a copy of the within first class mail, postage prepaid on ____ day of January, 2005 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summers Street, 2nd Floor
Boston, MA  02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110

Jay S. Gregory, Esq.
Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

John J. McNamara, Esq.
Eric Howard, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA  01701

James J. Duane, III, Esq.
Edward Coburn, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA  02109

Robert R. Pierce, Esq.
James F. Kavanaugh, Esq.
Pierce & Mandell, PC
11 Beacon Street
Boston, MA  02108

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

Alan Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA  02116

Eric H. Loeffler, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210

*/s/ Michael Charette*

# 2542208_v1

3