UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 21  P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff | : <br> : <br> : <br> : |
| v. | : <br> : |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants | : C.A. NO. 04-CV-10203 PBS <br> : <br> : <br> : |
| v. | : |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., and DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY FIDELITY AND DEPOSIT OF MARYLAND NATIONAL GRANGE MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, HARTFORD ROOFING COMPANY, INC. and SPAGNOLO/GISNESS & ASSOCIATES, INC.<br>    Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## THIRD-PARTY DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT/THIRD-PARTY PLAINTIFF ADP MARSHALL, INC.

Third-party defendant Travelers Casualty and Surety Company of America ("Travelers"), herein opposes the Motion for Summary Judgment filed by

Defendant/Third-Party Plaintiff, ADP Marshall, Inc. (hereinafter "Marshall"). As grounds therefore, Travelers joins in the Third-Party Defendant Delta Keyspan, Inc.'s Opposition to Marshall's Motion for Summary Judgment and incorporates said Opposition, the Affidavit of Raymond Keough, and Delta's Keyspan, Inc.'s Motion to Strike Certain Portions of and Exhibits to the Affidavit of Tom Hughes as though set forth in full herein.

Wherefore, the Motion for Summary Judgment of Defendant/Third-Party Plaintiff, ADP Marshall, Inc. should be DENIED.

Respectfully submitted,

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

By Its Attorneys,

William E. O'Gara, Esq. (BBO# 555256)
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Tel.

(401) 553-6850 Fax

2

## CERTIFICATION

I hereby certify that I have mailed a copy of the within first class mail, postage prepaid on 21st day of January, 2005 to the following:

Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summers Street, 2nd Floor
Boston, MA 02210

Andrew J. Tine, Esq.
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

Jay S. Gregory, Esq.
Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

John J. McNamara, Esq.
Eric Howard, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

James J. Duane, III, Esq.
Edward Coburn, Esq.
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA 02109

Robert R. Pierce, Esq.
James F. Kavanaugh, Esq.
Pierce & Mandell, PC
11 Beacon Street
Boston, MA 02108

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Alan Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

Eric H. Loeffler, Esq.
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

*Michele Chastti*

# 2486925_v1

3