UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,   )
      Plaintiff   )
)
v.   )
)
ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and   )
FIREMAN'S FUND INSURANCE COMPANY,
)
      Defendants
)
_____ ) CIVIL ACTION
) NO. 04-CV-10203-PBS
ADP MARSHALL, INC.,   )
)
      Plaintiff-in-Counterclaim,   )
)
v.   )
)
MASSACHUSETTS DEVEOPMENT FINANCE AGENCY,

      Defendant-in-Counterclaim   )

---

)
ADP MARSHALL, INC.,   )
)
      Third-Party Plaintiff   )
)
v.

ALLIED CONSULTING ENGINEERING SERVICES, INC.,   )
ANDOVER CONTROLS CORPORATION, R&R WINDOW   )
CONTRACTORS, INC., DELTA KEYSPAN, INC. n/k/a DELTA )
KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED   )
STATES FIEDELITY AND GUARANTY COMPANY,   )
FIDELITY AND DEPOSIT COMPANY OF MARYLAND,   )
TRAVELERS CASUALTY AND SURETY COMPANY OF   )
AMERICA, AMERICAN HOME ASSURANCE COMPANY,   )
HARTFORD ROOFING COMPANY, INC. and SPAGNOLO/   )
GISNESS & ASSOCIATES, INC.   )
)
      <u>Third-Party Defendants</u>   )

## INITIAL DISCLOSURE STATEMENT OF THE THIRD-PARTY DEFENDANT, SPAGNOLO/GISNESS & ASSOCIATES, INC., PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), the third-party defendant, Spagnolo/Gisness & Associates ("SGA"), makes the following initial disclosures to the plaintiff, Massachusetts Development Finance Agency and the third-party defendant, ADP Marshall, Inc. and third-party defendants, Allied Consulting Engineering Services, Inc., Andover Controls Corporation, R&R Window, Contractors, Inc., Delta Keyspan, Inc. N/K/A Delta, Keyspan, LLC, Maddison Associates, Inc., United States Fidelity and Guaranty Company, Fidelity and Deposit Company Of Maryland, National Grange Mutual Insurance Company, Travelers Casualty and Surety Company of America, American Home Assurance Company, and Hartford Roofing Company, Inc.

A. **Individuals Likely to Have Discoverable Information**

1. William Gisness, AIA
   Spagnolo/Gisness & Associates, Inc.
   200 High Street
   Boston, MA 02110

2. Employees of other parties who participated in the design or construction. SGA does not have access to the identity of those individuals.

B. **Description By Category and Location of All Documents, Data Compilations, and Tangible Things That are Relevant**

SGA notes that discovery and investigation of this matter is ongoing. SGA will provide documents in its project file. All of the following groups of documents are located at Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210.

1. Correspondence;
2. Drawings; and
3. Contract.

C.   **Computation of Damages**

SGA seeks an award of its attorney's fees, costs, and any such other relief as is just and appropriate as provided by law.

D.   **Existence and Contents of any Insurance Agreements**

SGA maintains a professional liability policy issued by XL Specialty Insurance Company and a copy of the declaration page of said policy is located at Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210.

Respectfully submitted,
**SPAGNOLO CONSULTING ENGINEERING SERVICES, INC.,**
By its attorneys,

David J. Hatem, PC
BBO No. 225700
Warren D. Hutchison
BBO No. 246150
Carly B. Goldstein
BBO No. 654731
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel: (617)406-4500

Dated: 2/18/05

3

## CERTIFICATE OF SERVICE

I, Warren D. Hutchison, Esquire, hereby certify that on this 16th day of February, 2005, I served the attached *Initial Disclosure of Third-Party Defendant, Spagnolo/Gisness & Associates, Inc.* by mailing a copy thereof, postage pre-paid to:

Charles A. Plunkett, Esq.
Edward F. Vena, Esq.
Sabatino F. Leo, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

John J. McNamara, Esq.
Eric A. Howard, Esq.
Domestico, Lane & McNamara, LLP
161 Worcester Road, Suite 302
Framingham, MA 01701

William E. O'Gara, Esq.
Stephen A. Izzi, Esq.
Holland and Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Allen Whitestone, Esq.
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

Andrew J. Tine, Esq.
Glenn H. Haese, Esq.
Richard J. Fox, Esq.
Haese LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

James F. Kavanaugh, III, Esq.
Robert R. Pierce, Esq.
Pierce & Mandell, PC
11 Beacon Street, Suite 800
Boston, MA 02108-3002

Eric H. Loeffler, Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

Warren D. Hutchison

00892284