**Michael S. Anderson, P.E.**
**Senior Project Manager**

**Education**
- Bachelors of Science in Civil Engineering, University of Lowell, MA
- Masters of Science in Civil Engineering, University of Lowell, MA

**Professional Licenses and Registrations**
- Registered Professional Engineer; Connecticut, Rhode Island, Massachusetts, Vermont, New Hampshire, and Maine

**Background**
Mr. Anderson is a Licensed Professional Engineer with 23 years of experience in civil engineering and construction. Mr. Anderson's background includes experience with construction administration, construction management, design-build, and traditional engineering design. Mr. Anderson has served in a variety of management positions for engineering and construction companies including Senior Project Manager and Chief of Engineering.

**Recent Experience**
- Mr. Anderson provided forensic engineering consulting services primarily to the Surety industry. Mr. Anderson has investigated, analyzed, and provided expert assistance on contract performance bond claims. Mr. Anderson has provided litigation support on a variety of projects located nationwide, e.g. leakage issues for schools, a bridge reconstruction project, municipal building construction, and contractual delay for a mechanical subcontractor.
- Mr. Anderson provided payment bond claim consulting assistance to the Surety industry including management of joint-control checking accounts and investigation of Principals' financial condition.
- As Senior Project Manager at a southern New England consulting engineering firm, Mr. Anderson was responsible for design, management, cost estimating, project budgets, funding acquisition, construction administration and management of the firm's construction inspection staff. Typical projects included water and wastewater utility projects such as pipelines, pump stations, dams and treatment facilities. Project sizes typically ranged between $100K and $34M.
- As a Senior Project Manager for a large New England based utility construction company, Mr. Anderson provided engineering and construction management services for water supply and wastewater utility projects. Typical projects included pump stations, dam rehabilitation, municipal well facilities, storage tanks, treatment plants, buildings, pipelines and appurtenances. Responsibilities included design-build, construction administration and construction management.