

**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts 02110-2508
Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Telephone 860.249.7194
Facsimile 860.249.7195

Via Hand Delivery

April 25, 2005

Judge Patti B. Saris
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 6130
Boston, MA 02210

Re: <u>Massachusetts Development Finance Agency v. ADP Marshall, Inc. et al.</u>; United States District Court Docket No. 04 CV 10203 PBS

Dear Judge Saris:

This letter provides the update you requested within two weeks of the motion session held April 11, 2005. The parties are still in settlement discussions, the delay being for the most part the details, which we are hopeful can be worked out shortly.

As of this date, it is likely that the Massachusetts Development Finance Agency and ADP Marshall will achieve settlement. It is further likely that ADP Marshall and its subcontractors, Allied Engineering, Delta Keyspan, R&R Window, Maddison Associates, Andover Controls and their respective sureties will be able to achieve a settlement. However, it is unlikely that ADP Marshall will be able to achieve a settlement with its subcontractor, Spagnolo Gisness. We will not be able to confer with USF+G's counsel until Wednesday of this week and thus are not in a position to report as to whether a settlement is likely with them until later this week. We will supplement this letter by Friday of this week as to USF+G.

Sincerely,

Andrew J. Fine

Sincerely,

Sabitino Leo

cc: Eric Loeffler, Esq., Warren Hutchison, Esq., Jay Gregory, Esq., Bill O'Gara, Esq., Eric Howard, Esq., John Bruno, Esq., Robert Pierce, Esq., Alan Whitestone, Esq.

Attorneys also admitted to practice in Colorado, Connecticut, Rhode Island and France