AllAlUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY,  and | ) |
| FIREMAN'S FUND INSURANCE COMPANY, | ) |
| | ) |
|     Defendants | ) |
| | ) |
| _____ | ) CIVIL ACTION |
| | ) NO. 04-CV-10203-PBS |
| ADP MARSHALL, INC., | ) |
| | ) |
|     Plaintiff-in-Counterclaim, | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, | ) |
| | ) |
|     Defendant-in-Counterclaim | ) |
| _____ | ) |
| | ) |
| ADP MARSHALL, INC., | ) |
| | ) |
|     Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ALLIED CONSULTING ENGINEERING SERVICES, INC., | ) |
| ANDOVER CONTROLS CORPORATION, R&R WINDOW | ) |
| CONTRACTORS, INC. and DELTA KEYSPAN, INC. n/k/a | ) |
| DELTA KEYSPAN, LLC, | ) |
| | ) |
|     Third-Party Defendants | ) |
| _____ | ) |

**EXPERT DISCLOSURE OF THE THIRD-PARTY DEFENDANT, ALLIED
CONSULTING ENGINEERING SERVICES, INC.**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Second Scheduling Order, the

third-party defendant, Allied Consulting Engineering Services, Inc. ("Allied"), designates

Kenneth M. Elovitz, PE as an expert witness in the above-captioned matter.  Consistent

with the requirements of Rule 26(a)(2), Allied has attached hereto the Expert Report of

Kenneth M. Elovitz, PE, which has been served on all counsel of record in this matter.

Allied's Expert Designation, which has been served on all counsel of record and

previously filed with the Court contained: 1) a comprehensive statement concerning Mr.

Elovitz's opinion; 2) the bases for that opinion; 3) Mr. Elovitz's qualifications; and 4) a

listing of other cases in which Mr. Elovitz has served as an expert witness.  Allied

therefore incorporates by reference its Expert Designation, as that information is required

by Rule 26(a)(2)(B).  Allied also provides the below list of Mr. Elovitz's publications as

required by Rule 26(a)(2)(B).  Allied reserves the right to supplement this disclosure

upon receipt of any additional expert disclosure submitted by the Plaintiff or Third-Party

Plaintiff.

KENNETH M. ELOVITZ, PE
LIST OF PUBLICATIONS

1.    "Building Commissioning:  What if You Want to Skip It?" *ASHRAE Transactions*,
      Vol. 92, Part 2, American Society of Heating, Refrigerating, and Air Conditioning
      Engineers, Atlanta, GA, 1986.

2.    "Architects and Engineers in the Court Room", *Journal of the National Academy of
      Forensic Engineers*, Vol. III, No. 2, December 1986.

3.    "Choosing and Using Engineers as Witnesses", *Attorney's Guide to Expert
      Witnesses*, Lawyers Weekly Publications, Boston, MA, June 1987.

4.    "Calculating Optimum filter Change Intervals", *ASHRAE Transactions*, Vol. 94,
      Part 1, American Society of Heating, Refrigerating, and Air Conditioning
      Engineers, Atlanta, GA, 1988.

5.    "Selecting an HVAC System", *Plant Engineering*, Vol. 44, No. 1, Cahners Publishing Company, Des Plaines, IL, January 11, 1990.

6.    "Filing suit within proper time limits", *Consulting-Specifying Engineer*, Vol. 7, No. 5, Cahners Publishing Company, Des Plaines, IL, April 1990.

7.    "Commands to appear:  What are your rights and obligations?", *Consulting-Specifying Engineer*, Vol. 8, No. 1, Cahners Publishing Company, Des Plaines, IL, July 1990.

8.    "Liability for developing codes and standards", *Consulting-Specifying Engineer*, Vol. 8, No. 3, Cahners Publishing Company, Des Plaines, IL, September 1990.

9.    "Thermal Storage Savings Calculations", proceedings of the Thirteenth World Energy Engineering Congress, Association of Energy Engineers, Atlanta, GA, October 1990.

10.    "Liability for developing codes and standards: recent developments", *Consulting-Specifying Engineer*, Vol. 8, No. 5, Cahners Publishing Company, Des Plaines, IL, November 1990.

11.    "Avoiding Potential Liability Claims", *Consulting-Specifying Engineer*, Vol. 10, No. 2, Cahners Publishing Company, Des Plaines, IL, August 1991.

12.    "Choosing an organizational form for your company", *Consulting-Specifying Engineer*, Vol. 11, No. 2, Cahners Publishing Company, Des Plaines, IL, February 1992.

13.    "Choosing an organizational form for your company", (Part 2) *Consulting-Specifying Engineer*, Vol. 11, No. 3, Cahners Publishing Company, Des Plaines, IL, March 1992.

14.    "Commissioning Building Mechanical Systems" *ASHRAE Transactions*, Vol. 98, Part 2, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, 1992.

15.    "Computer Liability for Engineers: Part I", *Consulting-Specifying Engineer*, Vol. 13, No. 3, Cahners Publishing Company, Des Plaines, IL, March 1993.

16.    "Computer Liability for Engineers: Part 2:  Defenses and Remedies", *Consulting-Specifying Engineer*, Vol. 13, No. 5, Cahners Publishing Company, Des Plaines, IL, April 1993.

17.    "Understanding Smoke Management and Control", ASHRAE *Journal*, Vol. 35, No. 4, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, April 1993.

18. "Computer Related Liability for Engineers", *The Advocate*, Vol. 23, No. 2, Suffolk University Law School, Boston, MA, Spring 1993.

19. "Computer-Related Liability for Engineers", APEC *Journal*, Vol. XXVIII, No. 1, APEC, Inc., Dayton, OH, Spring 1993.

20. "Should Engineers Notify Occupants About Chemicals in Steam?", *Consulting-Specifying Engineer*, Vol. 14, No. 3, Cahners Publishing Company, Des Plaines, IL, September 1993.

21. "Can Your Plant Benefit From Free Cooling?", *Plant Engineering*, Vol. 47, No. 17, Cahners Publishing Company, Des Plaines, IL, October 21, 1993.

22. "Variable-Speed Drives:  What They Do and When To Use Them", *Heating/Piping/Air Conditioning*, Vol. 65, No. 12, Penton Publishing Company, Cleveland, OH, December 1993.

23. "Can Your Plant Benefit From Free Cooling?" (part 2), *Plant Engineering*, Vol. 48, No. 4, Cahners Publishing Company, Des Plaines, IL, March 1994.

24. "Can Your Plant Benefit From Free Cooling?" (part 3), *Plant Engineering*, Vol. 48, No. 5, Cahners Publishing Company, Des Plaines, IL, April 1994.

25. "Delegating Engineering Responsibility Does Not Include Delegating Accountability", *Consulting-Specifying Engineer*, Vol. 15, No. 5, Cahners Publishing Company, Des Plaines, IL, May 1994.

26. "Gaining Expertise on Experts", presented at the 33rd Annual Meeting of Invited Attorneys conducted by CNA Insurance and Victor O. Schinnerer & Co., Chicago, June 1994.

27. "Legal Aspects of Commissioning", *ASHRAE Transactions*, Vol. 100, Part 2, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, 1994.

28. "Design for Commissioning", ASHRAE *Journal*, Vol. 36, No. 10, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, October 1994.

29. "Construction-Site Safety:  Engineer or Contractor Responsibility?", *Consulting-Specifying Engineer*, Vol. 16, No. 6, Cahners Publishing Company, Des Plaines, IL, December 1994.

30. "Forming Contracts for Engineering Services", *Consulting-Specifying Engineer*, Vol. 18, No. 1, Cahners Publishing Company, Des Plaines, IL, July 1995.

31.  "Avoiding the 10 "Demandments" of Contract Negotiations", *Consulting-Specifying Engineer*, Vol. 18, No. 3, Cahners Publishing Company, Des Plaines, IL, September 1995.

32.  "Arbitration:  Panacea or Peril?", *Consulting-Specifying Engineer*, Vol. 18, No. 6, Cahners Publishing Company, Des Plaines, IL, December 1995.

33.  "Expensive Systems May Not Yield Greatest Savings," Technology Report - Motors & Drives, *Energy User News*, Vol. 21, No. 3, Chilton Business News, Radnor, PA, March 1996.

34.  "When the Client Goes Bankrupt", *Consulting-Specifying Engineer*, Vol. 19, No. 4, Cahners Publishing Company, Des Plaines, IL, April 1996.

35.  "What to Expect From Your Professional Liability Insurer", *Consulting-Specifying Engineer*, Vol. 20, No. 1, Cahners Publishing Company, Des Plaines, IL, July 1996.

36.  Editor, *Practical Guide to Electrical Engineering for HVAC&R Engineers*, Supplement to ASHRAE *Journal*, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, November 1996.

37.  "Heat Gain/Cooling Load from Electrical Equipment", *Practical Guide to Electrical Engineering for HVAC&R Engineers*, Supplement to ASHRAE *Journal*, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, November 1996.

38.  "The Engineer vs. the Inspector", *Consulting-Specifying Engineer*, Vol. 21, No. 2, Cahners Publishing Company, Des Plaines, IL, February 1997.

39.  "Understanding the Economic Loss Doctrine", *Consulting-Specifying Engineer*, Vol. 22, No. 1, Cahners Publishing Company, Des Plaines, IL, July 1997.

40.  Editor, *Practical Guide to Building Controls*, Supplement to ASHRAE *Journal*, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, September 1997.

41.  "Grounded vs. Ungrounded", *CEE News*, Vol. 49, No. 13, Intertec Publishing Corp., Overland Park, KS, December 1997 and response to reader letter, February 1998.

42.  "Interpreting Contract Documents:  Exercise Good Judgment", *Consulting-Specifying Engineer*, Vol. 23, No. 2, Cahners Publishing Company, Des Plaines, IL, February 1998.

43.  "Interpreting Contract Documents:  Part II -- Rulings", *Consulting-Specifying Engineer*, Vol. 23, No. 3, Cahners Publishing Company, Des Plaines, IL, March 1998.

44.  Editor, *Practical Guide to HVAC for Schools*, Supplement to ASHRAE *Journal*, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, June 1998.

45.  "Failing to Anticipate Failure", *Consulting-Specifying Engineer*, Vol. 24, No. 3, Cahners Publishing Company, Des Plaines, IL, September 1998.

46.  "Marketing Materials:  Puff or Promise?", *Consulting-Specifying Engineer*, Vol. 25, No. 3, Cahners Publishing Company, Des Plaines, IL, March 1999.

47.  Editor, *Practical Guide to HVAC for Museums and Historic Renovations*, ASHRAE *Journal*, Vol. 41, No. 4; American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, April 1999.

48.  "Understanding What Humidity Does and Why", *Practical Guide to HVAC for Museums and Historic Renovations*, ASHRAE *Journal*, Vol. 41. No. 4; American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, April 1999.

49.  Editor, *Practical Guide to Water Treatment*, ASHRAE *Journal*, Vol. 41, No. 5; American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, May 1999.

50.  "As the Pump Turns" (War Stories),  *Heating/Piping/Air Conditioning*, Vol. 71, No. 5, Penton Publishing Company, Cleveland, OH, May 1999.

51.  "Performance-Based Codes:  Asset or Liability?", *Consulting-Specifying Engineer*, Vol. 26, No. 3, Cahners Publishing Company, Des Plaines, IL, September 1999.

52.  "Whoosh" (War Stories),  *Heating/Piping/Air Conditioning*, Vol. 71, No. 11, Penton Publishing Company, Cleveland, OH, November 1999.

53.  "Refrigerant Replacement/Retrofit", *Practical Guide to Refrigeration*, ASHRAE *Journal*, Vol. 41, No. 11; American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, November 1999.

54.  Editor, *Practical Guide to Refrigeration*, ASHRAE *Journal*, Vol. 41, No. 11; American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, November 1999.

55.  "Ask the Lawyer:  Performance-Based Codes", *Consulting-Specifying Engineer*, Vol. 26, No. 5, Cahners Publishing Company, Des Plaines, IL, November 1999.

56. "Cultivating Communication:  A Must", *Consulting-Specifying Engineer*, Vol. 26, No. 6, Cahners Publishing Company, Des Plaines, IL, December 1999.

57. "Damper Sizing Using Damper Authority" (co-author with Evans Lizardos), ASHRAE *Journal*, Vol. 42, No. 4, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, April 2000.

58. "Unexpected Harmonics Creates Controversy", *EC&M*, Vol. 99, No. 8, Intertec Publishing, Overland Park, KS, July 2000.

59. "Mediation:  A Participant's View", *Insights*, American Consulting Engineers Council of Massachusetts, August/September 2000.

60. "The Case of the Cracked Pump", *Heating/Piping/Air Conditioning*, Vol. 72 No. 12, Penton Publishing Company, Cleveland, OH, December 2000.

61. "What to do When Products Fail to Perform to Specs", *Heating/Piping/Air Conditioning*, Vol. 73 No. 4, Penton Publishing Company, Cleveland, OH, April 2001.

62. "Legal Liabilities of Engineers, Building Officials", *Heating/Piping/Air Conditioning*, Vol. 73 No. 5, Penton Publishing Company, Cleveland, OH, May 2001.

63. "Boilers:  Modules or Monolith?", Boiler Systems Engineering, American Boiler Manufacturers Association and *Heating/Piping/Air Conditioning*, Penton Publishing Company, Cleveland, OH, June 2001.

64. "Solid Energy Advice for Uncertain Times", *Consulting-Specifying Engineer*, Vol. 29, No. 6, Cahners Publishing Company, Des Plaines, IL, June 2001.

65. "Hydronic Heating:  Two Systems Compared", ASHRAE *Journal*, Vol. 43, No. 7, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, July 2001.

66. "Mediation: A Participant's View", *Heating/Piping/Air Conditioning*, Vol. 73 No. 12, Penton Publishing Company, Cleveland, OH, December 2001.

67. "Don't Treat the Symptoms" (War Stories),  *Heating/Piping/Air Conditioning*, Vol. 74, No. 1, Penton Publishing Company, Cleveland, OH, January 2002

68. "Be Certain Before Certifying", *Consulting-Specifying Engineer*, Vol. 31, No. 2, Cahners Publishing Company, Oak Brook, IL, February 2002.

69.   "Hydronic Heating Design Considerations:  Baseboard?  In-Floor Radiant?  Why not both?", *PM Engineer*, Vol. 8, No. 3, March 2002.

70.   "What is the Engineer's Duty to Non-Client Third Parties?", *Heating/Piping/Air Conditioning*, Vol. 74 No. 7, Penton Publishing Company, Cleveland, OH, July 2002.

71.   "ETS in Restaurants", ASHRAE *Journal*, Vol. 44, No. 10, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, October 2002.

72.   "Copyrighting the Work of Engineers", *Heating/Piping/Air Conditioning*, Vol. 74 No. 11, Penton Publishing Company, Cleveland, OH, November 2002.

73.   "Shop Drawing Review:  What does the Contract Say?", *Consulting-Specifying Engineer*, Vol. 32, No. 6, Cahners Publishing Company, Oak Brook, IL, December 2002.

74.   "A Guide to Shop Drawings:  Who should review?", *Consulting-Specifying Engineer*, Vol. 33, No. 1, Cahners Publishing Company, Oak Brook, IL, January 2003.

75.   "Managing in Difficult Economic Times", ASHRAE <u>*Journal*</u>, Vol. 45, No. 1, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, January 2003.

76.   "Rooftop Unit Noise -- Predicting Problems", *Heating/Piping/Air Conditioning*, Vol. 75 No. 8, Penton Publishing Company, Cleveland, OH, August 2003.

77.   "Be Careful What You Agree to Do", ASHRAE *Journal*, Vol. 46, No. 8, American Society of Heating, Refrigerating, and Air Conditioning Engineers, Atlanta, GA, August 2004.

78.   "An Engineer Sees Value in the IBC", Guidelines for Improving Practice, Vol. XXXIV No. 4, Victor O. Schinnerer & Company Inc., July/August 2004.

79.    "A New Law Affects Standards Writing", *Consulting-Specifying Engineer*, Vol. 36, No. 3, Cahners Publishing Company, Oak Brook, IL, September 2004.


Respectfully submitted,

ALLIED CONSULTING ENGINEERING SERVICES, INC.

By its Attorneys


s/ Jay S. Gregory_____
David J. Hatem, BBO# 225700
Jay S. Gregory, BBO# 546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110
Dated: May 18, 2005          Phone: 617-406-4500

## CERTIFICATE OF SERVICE

I, Jay S. Gregory, Esquire, hereby certify that on this 18th day of May, 2005, the foregoing was served electronically to:

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02210

John J. McNamara, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA  02210

Charles A. Plunkett, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Dwight T. Burns, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

John Bruno, Esquire
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

s/ Jay S. Gregory_____

00917822/2500.1940