UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants. | C.A. No. 04 CV 10203 PBS |
| ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim. | |
| ADP MARSHALL, INC.<br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.<br>    Third Party Defendants. | |

## MOTION FOR WAIVER OF ELECTRONIC FILING

Now comes Defendant/Third Party Plaintiff, ADP Marshall, Inc. ("ADPM"), and moves this Honorable Court for waiver of electronic filing of its Motion for Leave to File a Motion for Summary Judgment upon Defendant, Spagnolo/Gisness & Associates, Inc.  In support of this

motion, ADPM states that its counsel has registered for electronic filing, but has not yet received a login and password. An inquiry has been made regarding the status of same.

WHEREFORE, ADP Marshall, Inc. requests a waiver of electronic filing of its Motion for Leave to file a Motion for Summary Judgment.

Respectfully submitted,
ADP Marshall, Inc.
By its attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that I served a copy of the foregoing by first class mail, postage pre-paid to all counsel of record this 16th day of May, 2005.

Andrew J. Tine