UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADP MARSHALL, INC.<br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., ANDOVER CONTROLS CORPORATION, R&R WINDOW CONTRACTORS, INC., DELTA KEYSPAN, INC. n/k/a DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NATIONAL GRANGE MUTUAL, INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04 CV 10203 PBS

-1-

EXHIBIT " 1 "
PAGE 1 OF 19

OF AMERICA, AMERICAN HOME        )
ASSURANCE COMPANY,               )
HARTFORD ROOFING COMPANY, INC.   )
and SPAGNOLO/GISNESS &           )
ASSOCIATES, INC.                 )
    Third Party Defendants.         )
_____  )

### ADP MARSHALL, INC.'S MOTION FOR SUMMARY JUDGMENT ON ITS THIRD PARTY COMPLAINT AGAINST SPAGNOLO/GISNESS & ASSOCIATES, INC.

Pursuant to F.R.C.P. 56, ADP Marshall, Inc. ("ADPM") hereby moves this Honorable Court for summary judgment in its favor on Counts XVIII and XIX of its Third Party Complaint against Spagnolo/Gisness & Associates, Inc.

In support hereof, ADPM submits a Memorandum of Law and Affidavit of Tom Hughes.

Wherefore, ADP Marshall, Inc. requests summary judgment in its favor on Counts XVIII and XIX of the Third Party Complaint.

Submitted this 4th day of May, 2005.

                ADP Marshall, Inc.,
                By their attorneys,

                _____
                Andrew J. Tine, BBO# 633639
                Haese, LLC
                30 Federal Street
                Boston, MA 02110
                617-428-0266

EXHIBIT " 1
PAGE 2 OF 19

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Andrew J. Tine, attorney for ADP Marshall, Inc., certify that I have conferred with Warren Hutchison, Esq. and have attempted in good faith to resolve or narrow the issues set forth in this motion for summary judgment.

_____
Andrew J. Tine