UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY<br>    Defendants.<br><br>ADP MARSHALL, INC.<br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS DEVELOPMENT FINANCE AGENCY<br>    Defendant-in-Counterclaim.<br><br>ADP MARSHALL, INC.<br>    Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.<br>    Third Party Defendants. | C.A. No. 04 CV 10203 PBS |

## MOTION TO CONTINUE PRETRIAL DISCLOSURES DEADLINE

Now comes ADP Marshall, Inc., Massachusetts Development Finance Agency, Andover Controls Corporation, Delta Keyspan, LLC, St. Paul Travelers Company, United States Fidelity and Guaranty, Allied Consulting Engineering Services, Inc., and R&R Windows and moves this Honorable Court for a continuance of the date to serve and file pretrial disclosures, per the

Court's April 11, 2005 Order, from June 25, 2005 to July 1, 2005. The parties are continuing with settlement discussions and are still hopeful settlement can be achieved. As such, settlement discussions have delayed the development of pretrial disclosures.

WHEREFORE, the parties hereto request that the time to file and serve Fed.R.Civ.P. 26(a)(3) pretrial disclosures be extended through July 1, 2005.

Respectfully submitted,
Andover Controls Corporation
By its attorneys,

/s/Eric Howard
John McNamara (BBO#557882)
Eric Howard (BBO#637514)
Domestico, Lane & McNamanara
161 Worcester Road
Framingham, MA 01701

Respectfully submitted,
ADP Marshall, Inc.
By its attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
(617) 428-0266

Respectfully submitted,
St. Paul Travelers Company
By its attorneys,

/s/William E. O'Gara
William E. O'Gara (BBO#555256)
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500

Respectfully submitted,
Delta Keyspan, LLC
By its attorneys,

/s/William E. O'Gara
William E. O'Gara (BBO#555256)
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500

| | |
|---|---|
| Respectfully submitted,<br>Massachusetts Development Finance Agency<br>By its attorneys, | Respectfully submitted,<br>R&R Windows.<br>By its attorneys, |
| /s/Sabatino F. Leo<br>Vena, Riley, Deptula, LLP<br>250 Summer Street<br>Boston, MA 02118<br>(617) 951-2400 | /s/John Bruno<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(617) 720-3693 |
| Respectfully submitted,<br>United States Fidelity and Guaranty Company<br>By its attorneys, | Respectfully submitted,<br>Allied Engineering<br>By its attorneys, |
| /s/Eric Loeffler<br>Cetrulo and Capone, LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02149<br>(617) 217-5373 | /s/Jeff Hallahan<br>Donovan & Hatem<br>Two Seaport Lane<br>Boston, MA 02149<br>(617) 406-4500 |

## CERTIFICATION OF SERVICE

I, Andrew J. Tine, hereby certify that I served a true and correct copy of the foregoing Motion to Continue Fact Discovery Deadline upon Edward Vena, Esq., Sam Leo, Esq., John McNamara, Esq., Eric Howard, Esq., Warren Hutchison, Esq., Eric Loeffler, Esq., John Bruno, Esq., Allen Whitestone, Esq., William O'Gara, Esq., Robert Pierce, Esq., and Jay Gregory, Esq. by first class mail, postage pre-paid, this 23rd day of June, 2005.

Andrew J. Tine