UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MASSACHUSETTS DEVELOPMENT
FINANCE AGENY,
    Plaintiff

VS.                                                                               C.A. NO. 04CV10203 PBS

ADP MARSHALL, INC., A FLUOR
DANIEL COMPANY AND FIREMAN'S
FUND INSURANCE COMPANY,
    Defendants
_____
ADP MARSHALL, INC.,
    Plaintiff-in-Counterclaim

VS.

MASSACHUSETTS DEVELOPMENT
FINANCE AGENCY,
    Defendant-in-Counterclaim
_____
ADP MARSHALL, INC.,
    Third-Party Plaintiff

VS.

ALLIED CONSULTING ENGINEERING
SERVICES, INC., ANDOVER CONTROLS
CORPORATION, R&R WINDOW
CONTRACTORS, INC. and DELTA
KEYSPAN, INC. n/k/a DELTA
KEYSPAN, LLC,
    Third-Party Defendants
_____

**PRE-TRIAL DISCLOSURES OF THE THIRD-PARTY DEFENDANT,**
**R & R WINDOW CONTRACTORS, INC.**
**FED.R.CIV.P. RULE 26(a)(3)**

    Now comes R & R Window Contractors, Inc. in the above-captioned matter and makes

the following pre-trial disclosures in conformance with the Pre-Trial Order, with modification, entered by this court on April 11, 2005 and with the Federal Rules of Civil Procedure.

    (A)    Name of Witnesses

        Richard Powers – Field Coordinator, R&R Window Contractors, Inc.
        Roger Fuller – President, R&R Window Contractors, Inc.
        George Hinton – Vice-President, R&R Window Contractors, Inc.
        Ann Miles – Vice-Presidnece/Controller, R&R Window Contractors, Inc.
        Michael Kellogg – Foreman, R&R Window Contractors, Inc.
        Robert J. Gruslin – 84 Madison Street, Pawtucket, RI (former Project Manager, R&R Window Contractors, Inc.)

        All of the above were involved in the installation of the windows pursuant to the R&R contract as well as negotiation of the R&R sub-contract. Ann Miles was not involved in the installation, however was involved in the negotiation of the R&R windows sub-contract.

        Tom Hughes – ADPM
        Stephen Weissling


    (B)    Designation of Witnesses Expected to be Presented by Deposition

        None

    (C)    Identification of Document or Other Exhibit

        1.    Subcontract between ADP Marshall and R & R Window Contractors.
        2.    Modified Indemnification Agreement ADP Marshall and R & R Window Contractors.
        3.    Report and photographs taken by Stephen Weissling in 2003.

        Respectfully submitted,

        /S/JOHN H. BRUNO II
        John H. Bruno II, Esquire
        B.B.O. No. 542098
        Masi & Bruno
        124 Long Pond Road
        Unit 11
        Plymouth, MA 02360
        (508)747-5277