UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY )<br>Plaintiff ) | C.A. No.: CV 10203 PBS |
| )<br>v. )<br>) | |
| ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY )<br><u>Defendants</u> ) | |
| )<br>ADP MARSHALL, INC. )<br>Plaintiff in Counterclaim ) | |
| )<br>v. )<br>) | |
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY )<br><u>Defendant in Counterclaim</u> ) | |
| )<br>ADP Marshall, Inc. )<br>Third Party Plaintiff ) | |
| )<br>v. )<br>ALLIED CONSULTING ENGINEERING SERVICES, INC. ANDOVER CONTROLS CORPORATION, R & R WINDOW CONTRACTORS, INC., AND DELTA KEYSPAN, INC. N/K/A DELTA KEYSPAN, LLC, MADDISON ASSOCIATES, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY) FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NATIONAL GRANGE MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY) COMPANY OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, HARTFORD ROOFING COMPANY, INC., and SPAGNOLO/GISNESS & ASSOCIATES, INC. )<br><u>Third Party Defendants.</u> ) | |

## MOTION TO CONTINUE PRETRIAL ORDER DEADLINES

Now Comes ADP Marshall, Inc., Massachusetts Development Finance Agency, Andover Controls Corporation, Delta Keyspan LLC, St. Paul Travelers Company, United States Fidelity and Guaranty, Allied Consulting Engineering Services, Inc. and R&R Windows and hereby moves this Honorable Court for a continuance of all deadlines set forth in this Court's Pretrial Order of April 11, 2005.  The parties respectfully request a fourteen day (14) extension of all dates as follows:

1. Pretrial Disclosures as required by Fed.R.Civ.P. 26(a)(3) by July 15, 2005;

2. Objections to pretrial disclosures served and filed by July 29, 2005;

3. Joint pretrial memorandum filed, in accordance with L.R. 16.5(d) by August 5, 2005;

4. By July 26, 2005 the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists and any designations of deposition testimony;

5. The parties shall file/serve oppositions to motions in limine, any objection to witnesses or exhibits, and counter-designations of deposition testimony by August 5, 2005 ; and

6. Trial briefs shall be filed/served by August 8, 2005

As grounds therefore the parties state that settlement discussions continue and all parties are under the hope and belief that this matter will settle and that the party's, as well as this Honorable Court's, time is best served in the pursuit of an amicable settlement in this matter.  The parties further state that no party will be unfairly prejudiced by the allowance of this motion.

WHEREFORE, the parties respectfully requests this Honorable Court grant this Motion to Continue.

                                                Respectfully Submitted,
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
By its attorneys,

//s// Sabatino F. Leo_____
EDWARD F. VENA, ESQ.
BBO No.: 508660
SABATINO F. LEO, ESQ.
BBO No.: 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Andover Controls Corporation
By its attorneys,

//s// Eric Howard_____
John McNamara (BB0#557882)
Eric Howard (BBO#6375 14)
Domestico, Lane & McNamanara
16 1 Worcester Road
Framingham, MA 01 701

Respectfully submitted,
St. Paul Travelers Company
By its attorneys,

//s// Bill O'Gara_____
William E. O'Gara (BB0#555256)
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500

Respectfully submitted,
ADP Marshall, Inc.


//s// Andrew Tine_____
Andrew J. Tine BBO#633639)
Haese, LLC
70 Franklin Street, Floor
Boston, MA 02 1 10
(617) 428-0266

Respectfully submitted,
Delta Keyspan, LLC
By its attorneys,

//s// Bill O'Gara_____
William E. O'Gara (BB0#555256)
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500

R&R Windows.
By its attorneys,


//s// John Bruno_____
John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360
(61 7) 720-3693


Respectfully submitted,
United States Fidelity and Guaranty Company

//s// Eric Loeffler_____
Eric Loeffler, Esq.
Cetrulo and Capone, LLP
Two Seaport Lane
Boston MA 02210
(617) 217-5373

Respectfully submitted,
Allied Engineering
By its attorneys,

//s// Jeff Hallahan
Jeffery Hallahan, Esq.
Donovan & Hatem
Two Seaport Lane,
Boston, MA 02210
(6 1 7) 406-4500


Dated: 1July 2005

## CERTIFICATE OF SERVICE

I, Sabatino F. Leo, Esquire, hereby certify that I have, on this 1st day of July served a copy of the within by first-class mail, postage pre-paid upon all counsel of record.

//s// Sabatino F. Leo