UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, )
)
    Plaintiff )
)
v. )
)
ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and )
FIREMAN'S FUND INSURANCE COMPANY, )
)
    Defendants )
)
_____ ) CIVIL ACTION
) NO. 04-CV-10203-PBS
ADP MARSHALL, INC., )
)
    Plaintiff-in-Counterclaim, )
)
v. )
)
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, )
)
    Defendant-in-Counterclaim )
_____ )
)
ADP MARSHALL, INC., )
)
    Third-Party Plaintiff )
)
v. )
)
ALLIED CONSULTING ENGINEERING SERVICES, INC., )
ANDOVER CONTROLS CORPORATION, R&R WINDOW )
CONTRACTORS, INC. and DELTA KEYSPAN, INC. n/k/a )
DELTA KEYSPAN, LLC, )
)
    Third-Party Defendants )
_____)

**PRE-TRIAL DISCLOSURE OF THE THIRD-PARTY DEFENDANT, ALLIED CONSULTING ENGINEERING SERVICES, INC.**

Pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Order, the third-party defendant, Allied Consulting Engineering Services, Inc. ("Allied"), hereby makes its pre-trial disclosure. As there has been limited discovery in this matter, Allied fully reserves its rights to supplement this disclosure.

A. <u>Witnesses Allied Expects to Call at Trial</u>

Michael Zimmerman, P.E.
215 Boston Post Road
Sudbury, Massachusetts 01776
(508) 626-0262

Kenneth M. Elovitz, P.E.
26 Elm Street
Foxboro, Massachusetts 02035
(508) 543-2447

B. <u>Witnesses Whose Testimony is Expected to be Presented by Means of Deposition</u>

Allied does not expect to introduce any deposition testimony as no depositions have been taken in this matter.

C. <u>Documents Allied Expects to Introduce into Evidence at Trial</u>

Allied's Engineering Design Drawings and Specifications

May 5, 2000 Symmes Maini Plans and Specifications

Base Building Plans and Specifications

Tenant Fit-Out Plans and Specifications

Allied's Contract with ADP Marshall

Project submittals and approvals

Worksheet of Kenneth M. Elovitz, P.E. dated October 25, 2004

Recommended Engineering Analysis of Kenneth M. Elovitz dated January 24, 2005

Respectfully submitted,

ALLIED CONSULTING ENGINEERING SERVICES, INC.

By its Attorneys

/s/ Jay S. Gregory_____
David J. Hatem, BBO# 225700
Jay S. Gregory, BBO# 546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110
Dated: July 1, 2005                Phone: 617-406-4500

**CERTIFICATE OF SERVICE**

    I, Jay S. Gregory, Esquire, hereby certify that on this 1st day of July, 2005, the foregoing was served by first class U.S. mail to:

Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02210

John J. McNamara, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

Edward F. Vena, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Charles A. Plunkett, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

Dwight T. Burns, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

John Bruno, Esquire
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

/s/ Jay S. Gregory_____

00928749/2500.1940