STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, )
)
    Plaintiff )
)
v. )
)
ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and )
FIREMAN'S FUND INSURANCE COMPANY, )
)
    Defendants )
)
_____ ) CIVIL ACTION
) NO. 04-CV-10203-PBS
ADP MARSHALL, INC., )
)
    Plaintiff-in-Counterclaim, )
)
v. )
)
MASSACHUSETTS DEVEOPMENT FINANCE AGENCY, )
)
    Defendant-in-Counterclaim )
_____ )
)
ADP MARSHALL, INC., )
)
    Third-Party Plaintiff )
)
v. )
)
ALLIED CONSULTING ENGINEERING SERVICES, et al. )
)
    Third-Party Defendants )

## PRE-TRIAL DISCLOSURE BY THIRD-PARTY DEFENDANT, SPAGNOLO/GISNESS & ASSOCIATES, INC.

Third-party defendant, Spagnolo/Gisness & Associates, Inc. ("SGA"), hereby makes its pre-trial disclosure in accordance with Fed. R. Civ. P. 26 (a)(3):

I. <u>Preliminary Statement</u>

SGA makes this disclosure based on the limited information it has been given in this case and with a full reservation of rights due to the failure by ADP Marshall, Inc., the third-party plaintiff ("ADPM") to provide any meaningful discovery regarding the likely proof to be forthcoming at trial.

    A. <u>Witnesses SGA expect to call at trial</u>:

        William Gisness
        200 High Street
        Boston, MA 02110
        (617) 443-0680

    B. <u>Witnesses Whose Testimony is Expected to Be Presented by Means of Deposition</u>:

        SGA does not expect to introduce any deposition testimony as no depositions have been taken in this matter.

    C. <u>Documents SGA expect to introduce into evidence at trial</u>:

        SGA's architectural drawings dated 12/27/00

SGA intends to comply with the pretrial order and premark all exhibits and reserves all rights to identify and designate evidence during that process.

        Respectfully submitted,
        SPAGNOLO GISNESS &
        ASSOCIATES, INC,
        By its attorneys,

        /s/ Warren D. Hutchison
        David J. Hatem, BBO # 225700
        Warren D. Hutchison, BBO #246150
        Carly B. Goldstein, BBO #654731
        DONOVAN HATEM LLP
        Two Seaport Lane
        Boston, MA 02210
        (617) 406-4500

## **CERTIFICATE OF SERVICE**

      I, Warren D. Hutchison, Esquire, hereby certify that on this first day of July, 2005, I served the attached Pre-Trial Disclosure By Third-Party Defendant, Spagnolo/Gisness & Associates, Inc. by mailing a copy thereof, post prepaid, to:

Andrew J. Tine, Esquire
Glenn H. Haese, Esquire
Richard J. Fox, Esquire
Haese, LLC
30 Federal Street, Suite 301
Boston, MA 02210

Charles A. Plunkett, Esquire
Edward F. Vena, Esquire
Sabatino F. Leo, Esquire
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

John H. Bruno, Esquire
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

William E. O'Gara, Esquire
Stephen A. Izzi, Esquire
Holland and Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

David J. Hatem, PC
Jay S. Gregory, Esquire
Donovan Hatem LLP
Two Seaport Lane, 8th Floor
Boston, MA 02210

John J. McNamara, Esquire
Eric A. Howard, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road, Suite 302
Framingham, MA 01701

Allen Whitestone, Esquire
Black Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

James F. Kavanaugh, III, Esquire
Robert R. Pierce, Esquire
Pierce & Mandell, PC
11 Beacon Street, Suite 800
Boston, MA 02108-3002

Eric H. Loeffler, Esquire
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02149

                /s/ Warren D. Hutchison
                Warren D. Hutchison

00927452