STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,  )
                                            )
    Plaintiff                             )
                                            )
v.                                          )
                                            )
ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and )
FIREMAN'S FUND INSURANCE COMPANY,           )
                                            )
    Defendants                            )
                                            )
_____ ) CIVIL ACTION
                                            ) NO. 04-CV-10203-PBS
ADP MARSHALL, INC.,                         )
                                            )
    Plaintiff-in-Counterclaim,            )
                                            )
v.                                          )
                                            )
MASSACHUSETTS DEVEOPMENT FINANCE AGENCY,    )
                                            )
    Defendant-in-Counterclaim             )
_____ )
                                            )
ADP MARSHALL, INC.,                         )
                                            )
    Third-Party Plaintiff                 )
                                            )
v.                                          )
                                            )
ALLIED CONSULTING ENGINEERING SERVICES, et al. )
                                            )
    Third-Party Defendants                )

**PRE-TRIAL DISCLOSURE BY THIRD-PARTY DEFENDANT,
SPAGNOLO/GISNESS & ASSOCIATES, INC.**

Third-party defendant, Spagnolo/Gisness & Associates, Inc. ("SGA"), hereby makes its pre-trial disclosure in accordance with Fed. R. Civ. P. 26 (a)(3):

I. Preliminary Statement

SGA makes this disclosure based on the limited information it has been given in this case and with a full reservation of rights due to the failure by ADP Marshall, Inc., the third-party plaintiff ("ADPM") to provide any meaningful discovery regarding the likely proof to be forthcoming at trial.

    A. Witnesses SGA expect to call at trial:

        William Gisness
        200 High Street
        Boston, MA 02110
        (617) 443-0680

    B. Witnesses Whose Testimony is Expected to Be Presented by Means of Deposition:

        SGA does not expect to introduce any deposition testimony as no depositions have been taken in this matter.

    C. Documents SGA expect to introduce into evidence at trial:

        SGA's architectural drawings dated 12/27/00

SGA intends to comply with the pretrial order and premark all exhibits and reserves all rights to identify and designate evidence during that process.

        Respectfully submitted,
        SPAGNOLO GISNESS &
        ASSOCIATES, INC,
        By its attorneys,

        /s/ Warren D. Hutchison
        David J. Hatem, BBO # 225700
        Warren D. Hutchison, BBO #246150
        Carly B. Goldstein, BBO #654731
        DONOVAN HATEM LLP
        Two Seaport Lane
        Boston, MA 02210
        (617) 406-4500

**CERTIFICATE OF SERVICE**

      I, Warren D. Hutchison, Esquire, hereby certify that on this first day of July, 2005, I served the attached Pre-Trial Disclosure By Third-Party Defendant, Spagnolo/Gisness & Associates, Inc. by mailing a copy thereof, post prepaid, to:

| | |
|---|---|
| Andrew J. Tine, Esquire<br>Glenn H. Haese, Esquire<br>Richard J. Fox, Esquire<br>Haese, LLC<br>30 Federal Street, Suite 301<br>Boston, MA 02210 | John J. McNamara, Esquire<br>Eric A. Howard, Esquire<br>Domestico, Lane & McNamara, LLP<br>161 Worcester Road, Suite 302<br>Framingham, MA 01701 |
| Charles A. Plunkett, Esquire<br>Edward F. Vena, Esquire<br>Sabatino F. Leo, Esquire<br>Vena, Riley, Deptula, LLP<br>250 Summer Street, 2nd Floor<br>Boston, MA 02210 | Allen Whitestone, Esquire<br>Black Cetkovic & Whitestone<br>200 Berkeley Street<br>Boston, MA 02116 |
| John H. Bruno, Esquire<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360 | James F. Kavanaugh, III, Esquire<br>Robert R. Pierce, Esquire<br>Pierce & Mandell, PC<br>11 Beacon Street, Suite 800<br>Boston, MA 02108-3002 |
| William E. O'Gara, Esquire<br>Stephen A. Izzi, Esquire<br>Holland and Knight, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903 | Eric H. Loeffler, Esquire<br>Cetrulo & Capone LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02149 |
| David J. Hatem, PC<br>Jay S. Gregory, Esquire<br>Donovan Hatem LLP<br>Two Seaport Lane, 8th Floor<br>Boston, MA 02210 | |

                                                /s/ Warren D. Hutchison_____
                                                Warren D. Hutchison

00927452