UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,    )
                                             )
        Plaintiff                            )
                                             )
v.                                           )
                                             )
ADP MARSHALL, INC., a FLUOR DANIEL COMPANY,  and  )
FIREMAN'S FUND INSURANCE COMPANY,            )
                                             )
        Defendants                           )
                                             )
_____ )  CIVIL ACTION
                                             )  NO. 04-CV-10203-PBS
ADP MARSHALL, INC.,                          )
                                             )
        Plaintiff-in-Counterclaim,           )
                                             )
v.                                           )
                                             )
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,    )
                                             )
        Defendant-in-Counterclaim            )
_____  )
                                             )
ADP MARSHALL, INC.,                          )
                                             )
        Third-Party Plaintiff                )
                                             )
v.                                           )
                                             )
ALLIED CONSULTING ENGINEERING SERVICES, INC.,  )
ANDOVER CONTROLS CORPORATION, R&R WINDOW      )
CONTRACTORS, INC. and DELTA KEYSPAN, INC. n/k/a  )
DELTA KEYSPAN, LLC,                          )
                                             )
        Third-Party Defendants               )
_____ )

**OBJECTIONS OF THE THIRD-PARTY DEFENDANT, ALLIED CONSULTING
ENGINEERING SERVICES, INC., TO THE THIRD PARTY PLAINTIFF'S
WITNESS AND EXHIBIT LISTS**

Pursuant to this Court's Order of April 11, 2005, the third-party defendant, Allied

Consulting Engineering Services, Inc. ("Allied"), files the following objections to the

Witness and Exhibit lists of the Third-Party Plaintiff, ADP Marshall, Inc.

Objections to Witnesses

Allied objects to the proposed testimony of Robert Greetham, Brian Metcalf and

Tom Hughes pursuant to Fed. R. Civ. P. 26(a)(2)(A) and Fed. R. Evid. 403, to the extent

that such testimony may characterize, evaluate, or amplify the findings contained in the

HVAC report of Richard Comeau (the "Comeau Report").  These witnesses have not

been disclosed as experts and, therefore, cannot offer opinion testimony.  Moreover, such

testimony would only serve to bolster the Comeau Report, which would unfairly

prejudice Allied and cause undue delay through needless presentation of cumulative

evidence.  Allied further objects to the proposed testimony regarding Allied's contractual

obligations to Marshall.  Marshall and Allied have both identified the Marshall/Allied

contract as an exhibit, which speaks for itself.  As such, the introduction of such

testimony would again be cumulative, and only serve to confuse the jury.

Objections to Proposed Exhibits

Allied fully reserves its rights to object to the following exhibits, many of which

Allied has neither seen nor had the opportunity to authenticate, and which Allied cannot

conclusively identify based on Marshall's description:

Expected Exhibits

Exhibit 6

Exhibit 7

2

Exhibit 10

Exhibit 11

Exhibit 14

Exhibit 17

Exhibit 18

Exhibit 21

Exhibit 22

Exhibit 23

Exhibit 24

Exhibit 26

Exhibit 27

Exhibit 28

Exhibit 31

Exhibit 32

Exhibit 33

Exhibit 34

Exhibit 38

Exhibit 39

Exhibit 40

Possible Exhibits

Exhibit 2

Exhibit 3

Respectfully submitted,

ALLIED CONSULTING ENGINEERING
SERVICES, INC.

By its Attorneys


/s/ Jay S. Gregory_____
David J. Hatem, BBO# 225700
Jay S. Gregory, BBO# 546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02110
Dated: July 8, 2005                Phone: 617-406-4500


## CERTIFICATE OF SERVICE


     I, Jay S. Gregory, Esquire, hereby certify that on this 8th day of July, 2005, the foregoing was served by first class U.S. mail to:

| | |
|---|---|
| Andrew J. Tine, Esquire | John J. McNamara, Esquire |
| Haese, LLC | Domestico, Lane & McNamara, LLP |
| 70 Franklin Street, 9th Floor | 161 Worcester Road |
| Boston, MA 02210 | Framingham, MA 01701 |
| | |
| Edward F. Vena, Esquire | Charles A. Plunkett, Esquire |
| Vena, Riley, Deptula, LLP | Vena, Riley, Deptula, LLP |
| 250 Summer Street, 2nd Floor | 250 Summer Street, 2nd Floor |
| Boston, MA 02210 | Boston, MA 02210 |
| | |
| Dwight T. Burns, Esquire | John Bruno, Esquire |
| Domestico, Lane & McNamara, LLP | Masi & Bruno |
| 161 Worcester Road | 124 Long Pond Road |
| Framingham, MA 01701 | Plymouth, MA 02360 |


/s/ Jay S. Gregory_____

00930095

4