UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and )<br>FIREMAN'S FUND INSURANCE COMPANY, )<br>)<br>   Defendants )<br>_____ )<br>ADP MARSHALL, INC., )<br>)<br>   Plaintiff-in-Counterclaim, )<br>)<br>v. )<br>)<br>MASSACHUSETTS DEVEOPMENT FINANCE AGENCY, )<br>)<br>   Defendant-in-Counterclaim )<br>_____ )<br>ADP MARSHALL, INC., )<br>)<br>   Third-Party Plaintiff )<br>)<br>v. )<br>)<br>ALLIED CONSULTING ENGINEERING SERVICES, et al. )<br>)<br>   Third-Party Defendants ) | CIVIL ACTION<br>NO. 04-CV-10203-PBS |

**OBJECTIONS OF THIRD-PARTY DEFENDANT,
SPAGNOLO/GISNESS & ASSOCIATES, INC. TO
<u>ADP MARSHALL, INC.'S PRETRIAL DISCLOSURES</u>**

Third-party defendant, Spagnolo/Gisness & Associates, Inc. ("SGA") hereby objects to the witnesses and exhibits set forth in the Pretrial Disclosure of the third-party plaintiff, ADP Marshall, Inc. ("ADPM").

## OBJECTIONS TO WITNESSES

SGA objects to the proposed testimony of ADPM's intended witnesses – Robert Greetham, Brian Metcalf, and Tom Hughes. ADPM has disclosed that these witnesses will provide opinion testimony on the architectural concerns enumerated in Stephen Wessling's report. These witnesses have not been disclosed as experts and, therefore, they should not be permitted to offer any opinion testimony. Accordingly, SGA objects to any testimony of these witnesses that attempts to characterize Mr. Wessling's report and is not based on personal knowledge. In addition, SGA objects to any testimony of these witnesses concerning the contractual obligations of the subcontractors. The subcontracts will be exhibits at trial and can speak for themselves. Testimony concerning the contractual obligations of the subcontractors would be incompetent, would confuse the jury, would be unfairly prejudicial and cause undue delay through needless presentation of cumulative evidence.

## OBJECTIONS TO PLAINTIFF'S EXHIBITS

SGA objects to the admission of the following exhibits:

7. Objection for failure to comply with Fed. R. Civ. P. 26(a)(3)(C) for vagueness of description. SGA further objects on grounds of Fed. R. Evid. 901.

27. Objection for failure to comply with Fed. R. Civ. P. 26(a)(3)(C) for vagueness of description. SGA further objects on grounds of Fed. R. Evid. 901.

39. Objection for failure to comply with Fed. R. Civ. P. 26(a)(3)(C) for vagueness of description. SGA further objects on grounds of Fed. R. Evid. 901.

40.     Objection for failure to comply Fed. R. Civ. P. 26(a)(3)(C) for vagueness of description.  SGA further objects on grounds of Fed. R. Evid. 901.

As addressed in SGA's motion to preclude, ADPM failed to produce any documents in response to SGA's document requests.  Consequently, SGA has had an opportunity to view the majority of the exhibits listed in ADPM's pretrial disclosures.  ADPM's failure to produce the requested documents is not harmless as its failure has prevented SGA from adequately preparing for trial.  Because SGA does not know the content of these exhibits, SGA objects to the admissibility of these exhibits.

## OBJECTIONS TO PLAINTIFF'S POSSIBLE EXHIBITS

3.      Objection on grounds of Fed. R. Evid. 901.

>Respectfully submitted,
>SPAGNOLO/GISNESS &
>ASSOCIATES, INC.
>By its attorneys,
>
>/s/ Carly B. Goldstein_____
>David J. Hatem, PC, BBO #225700
>Warren D. Hutchison, BBO #246150
>Carly B. Goldstein, BBO #654731
>DONOVAN HATEM LLP
>Two Seaport Lane
>Boston, MA  02210
>(617) 406-4500

Date:  July 8, 2005

<u>CERTIFICATE OF SERVICE</u>

  I, Carly B. Goldstein, Esquire, hereby certify that on this 8th day of July, 2005, I served the attached *Motion to Preclude* By Third-Party Defendant, Spagnolo/Gisness & Associates, Inc. by mailing a copy thereof, post prepaid, to:

| | |
|---|---|
| Andrew J. Tine, Esquire<br>Glenn H. Haese, Esquire<br>Richard J. Fox, Esquire<br>Haese, LLC<br>30 Federal Street, Suite 301<br>Boston, MA 02210 | John J. McNamara, Esquire<br>Eric A. Howard, Esquire<br>Domestico, Lane & McNamara, LLP<br>161 Worcester Road, Suite 302<br>Framingham, MA 01701 |
| Charles A. Plunkett, Esquire<br>Edward F. Vena, Esquire<br>Sabatino F. Leo, Esquire<br>Vena, Riley, Deptula, LLP<br>250 Summer Street, 2nd Floor<br>Boston, MA 02210 | Allen Whitestone, Esquire<br>Black Cetkovic & Whitestone<br>200 Berkeley Street<br>Boston, MA 02116 |
| John H. Bruno, Esquire<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360 | James F. Kavanaugh, III, Esquire<br>Robert R. Pierce, Esquire<br>Pierce & Mandell, PC<br>11 Beacon Street, Suite 800<br>Boston, MA 02108-3002 |
| William E. O'Gara, Esquire<br>Stephen A. Izzi, Esquire<br>Holland and Knight, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903 | Eric H. Loeffler, Esquire<br>Cetrulo & Capone LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02149 |
| David J. Hatem, PC<br>Jay S. Gregory, Esquire<br>Donovan Hatem LLP<br>Two Seaport Lane, 8th Floor<br>Boston, MA 02210 | |

            /s/ Carly B. Goldstein_____

00930000

4