UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY,<br><br>      Plaintiff,<br><br>v.<br><br>ADP MARSHALL, INC., a FLUOR DANIEL COMPANY, and FIREMAN'S FUND INSURANCE COMPANY,<br><br>      Defendants. | CIVIL ACTION NO. 04 CV 10203 PBS |
| ADP MARSHALL, INC.,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>ALLIED CONSULTING ENGINEERING SERVICES, INC., et al.,<br><br>      Third Party Defendants. | |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR UNITED STATES FIDELITY & GUARANTY COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for United States Fidelity & Guaranty Company is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone: (617) 213-7000**
**Fax: (617) 213-7001**

1

                        Respectfully Submitted,
                        **UNITED STATES FIDELITY AND GUARANTY COMPANY**
                        By its attorneys,

                        /s/ Eric H. Loeffler
                        _____
                        Bradford R. Carver, BBO #565396
                        Eric H. Loeffler, BBO #641289
                        Hinshaw & Culbertson LLP
                        One International Place, 3rd Floor
                        Boston, MA 02110
                        Telephone:  (617) 213-7000

Date:  July 14, 2005

34012274v1 NEWFILE